Michael Newdow
*Pro hac vice* motion being filed
2985 Lakeshore Blvd
Upper Lake, CA  95485
(626) 532-7694
NewdowLaw@gmail.com

Thomas M. Horwitz
1991 Crocker Road, Suite 600
Westlake, OH   44145
(440) 892-3331
tmh@horwitzlpa.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

Civil Action No.                          .

ORIGINAL COMPLAINT – APPENDICES

NEW DOE CHILD #1; NEW DOE CHILD #2; NEW DOE PARENT; NEW ROE CHILD #1; NEW ROE CHILD #2; NEW ROE PARENT; NEW POE CHILD; NEW POE PARENT; NEW COE CHILD; NEW COE PARENT; NEW BOE CHILD; NEW BOE PARENT; NEW HOE CHILD #1; NEW HOE CHILD #2; NEW HOE PARENT #1; NEW HOE PARENT #2; HOLLY HUBER; MITCHELL KAHLE; BERNARD KLEIN; MARNI HUEBNER-TIBORSKY; LOREN MILLER; MARTIN MAIER; MICHAEL HOWARD; LARRY KNIGHT; DEVIN KUCHYNKA; TRACEY MARTIN; MARK PETRICCA; BEVERLY SHAPIRO; RON THOMAS; DEREK ROSE; GEORGE SHIFFER; NANCY DOLLARD; DENNIS ROSENBLUM; JOSEPH MILON; SALVATORE SALERNO; JESSICA MCQUARTER; SUSAN CARRIER; SARAH MAXWELL; STUART CHISHOLM; MICHAEL MARTINEZ; ADAM CLAYMAN; MICHIGAN ATHEISTS; NORTHERN OHIO FREETHOUGHT SOCIETY;

Plaintiffs,

v.

THE CONGRESS OF THE UNITED STATES OF AMERICA; THE UNITED STATES OF AMERICA; JACOB J. LEW, SECRETARY OF THE TREASURY; RHETT JEPPSON, PRINCIPAL DEPUTY DIRECTOR, UNITED STATES MINT; LEONARD R. OLIJAR, DIRECTOR, BUREAU OF ENGRAVING AND PRINTING;

Defendants.

# LIST OF APPENDICES

APPENDIX A

    H.R. REPORT 271 (1830) (SUNDAY MAIL DELIVERY) ...................... APP-02

APPENDIX B

    JUSTICE WILLIAM STRONG'S 1873 STATEMENT ............................ APP-11

APPENDIX C

    CONGRESSIONAL RECORD (CIRCA 1955) ........................................ APP-14

APPENDIX D

    SELECTED EXCERPTS FROM THE CONGRESSIONAL RECORD .... APP-21

APPENDIX E

    1994 SURVEY: AMERICAN VIEWS OF "IN G-D WE TRUST" ............ APP-31

APPENDIX F

    SAMPLE LETTERS FROM MINORS ...................................................... APP-38

APPENDIX G

    SUPREME COURT REFERENCES TO "IN G-D WE TRUST" ............... APP-42

## APPENDIX A

H.R. Report 271 (1830) (Sunday mail delivery)

21st Congress,
1st Session.

[ Rep. No. 271. ]

Ho. of Reps

## SUNDAY MAIL

———◆———

### MARCH 4, 1830.

Read, and committed to the Committee of the Whole House on the state of the Union.

### MARCH 5, 1830.

Printed by order of the House of Representatives.

———◆———

Mr. Johnson, of Kentucky, from the Committee on the Post Office and Post Roads, to which had been referred petitions and remonstrances against the transportation and opening of the public mail on the Sabbath day, made the following

## REPORT:

*The Committee on Post Offices and Post Roads, to whom the memorials were referred for prohibiting the transportation of the Mails, and the opening of Post Offices, on Sundays, report:*

That the memorialists regard the first day of the week as a day set apart by the Creator for religious exercises; and consider the transportation of the mail, and the opening of the post offices on that day, the violation of a religious duty, and call for a suppression of the practice. Others, by counter memorials, are known to entertain a different sentiment, believing that no one day of the week is holier than another. Others, holding the universality and immutability of the Jewish decalogue, believe in the sanctity of the seventh day of the week as a day of religious devotion; and by their memorial now before the committee, they also request that it may be set apart for religious purposes. Each has hitherto been left to the exercise of his own opinion; and it has been regarded as the proper business of Government to protect all, and determine for none. But the attempt is now made to bring about a greater uniformity, at least, in practice; and, as argument has failed, the Government has been called upon to interpose its authority to settle the controversy.

Congress acts under a constitution of delegated and limited powers. The committee look in vain to that instrument for a delegation of power authorizing this body to inquire and determine what part of time, or whether any, has been set apart by the Almighty for religious exercises. On the contrary, among the few prohibitions which it contains, is one that prohibits a religious test; and another, which declares that Congress shall pass no law respecting an establishment of religion, or prohibiting the free exercise thereof. The committee might here rest the argument, upon the ground that the question referred to them, does not come within the cognizance of Congress; but the perseverance and zeal with which the memorialists pursue their object, seems to require a further elucidation of the subject. And,

**2** [ Rep. No. 271. ]

as the opposers of Sunday mails disclaim all intention to unite church and state, the committee do not feel disposed to impugn their motives; and whatever may be advanced in opposition to the measure, will arise from the fear entertained of its fatal tendency to the peace and happiness of the nation. The catastrophe of other nations, furnished the framers of the constitution a beacon of awful warning, and they have evinced the greatest possible care in guarding against the same evil.

The law, as it now exists, makes no distinction as to the days of the week, but is imperative that the Postmasters shall attend at all reasonable hours, in every day, to perform the duties of their offices; and the Postmaster General has given his instructions to all Postmasters, that, at post offices, where the mail arrives on Sunday, the office is to be kept open one hour, or more, after the arrival and assorting the mail; but in case that would interfere with the hours of public worship, the office is to be kept open for one hour after the usual time of dissolving the meeting. This liberal construction of the law does not satisfy the memorialists. But the committee believe that there is no just ground of complaint, unless it be conceded that they have a controlling power over the consciences of others. If Congress shall, by the authority of law, sanction the measure recommended, it would constitute a legislative decision of a religious controversy, in which even Christians, themselves, are at issue. However suited such a decision may be to an ecclesiastical council, it is incompatible with a republican legislature, which is purely for political, and not religious purposes.

In our individual character, we all entertain opinions, and pursue a corresponding practice upon the subject of religion. However diversified these may be, we all harmonize as citizens, while each is willing that the other shall enjoy the same liberty which he claims for himself. But in our representative character, our individual character is lost. The individual acts for himself; the representative for his constituents. He is chosen to represent their *political*, and not their *religious* views—to guard the rights of man; not to restrict the rights of conscience. Despots may regard their subjects as their property, and usurp the Divine prerogative of prescribing their religious faith. But the history of the world furnishes the melancholy demonstration, that the disposition of one man to coerce the religious homage of another, springs from an unchastened ambition, rather than a sincere devotion to any religion. The principles of our Government do not recognize in the majority, any authority over the minority, except in matters which regard the conduct of man to his fellow man. A Jewish monarch, by grasping the holy censer, lost both his sceptre and his freedom; a destiny as little to be envied, may be the lot of the American people, who hold the sovereignty of power, if they, in the person of their representatives, shall attempt to unite, in the remotest degree, Church and State.

From the earliest period of time, religious teachers have attained great ascendancy over the minds of the people; and, in every nation, ancient or modern, whether Pagan, Mohamedan, or Christian, have succeeded in the incorporation of their religious tenets with the political institutions of their country. The Persian idols, the Grecian oracles, the Roman auguries, and the modern priesthood of Europe, have all, in their turn, been the subject of popular adulation, and the agents of political deception. If the measure recommended should be adopted, it would be difficult for human sagacity to forsee how rapid would be the succession, or how numerous the train of measures which might follow, involving the dearest rights of all—the rights of conscience.

**APP-04**

## [ Rep. No. 271. ]  3

It is perhaps fortunate for our country, that the proposition should have been made at this early period, while the spirit of the Revolution yet exists in full vigor. Religious zeal enlists the strongest prejudices of the human mind; and, when misdirected, excites the worst passions of our nature, under the delusive pretext of doing God service. Nothing so infuriates the heart to deeds of rapine and blood; nothing is so incessant in its toils; so persevering in its determinations; so appalling in its course; or so dangerous in its consequences. The equality of rights secured by the constitution, may bid defiance to mere political tyrants; but the robe of sanctity too often glitters to deceive. The constitution regards the conscience of the Jew as sacred as that of the Christian; and gives no more authority to adopt a measure affecting the conscience of a solitary individual, than that of a whole community. That representative who would violate this principle, would lose his delegated character, and forfeit the confidence of his constituents. If Congress shall declare the first day of the week holy, it will not convince the Jew nor the Sabbatarian. It will dissatisfy both; and, consequently, convert neither. Human power may extort vain sacrifices; but Deity alone can command the affections of the heart. It must be recollected, that, in the earliest settlement of this country, the spirit of persecution which drove the pilgrims from their native home, was brought with them to their new habitations; and that some Christians were scourged, and others put to death, for no other crime than dissenting from the dogmas of their rulers.

With these facts before us, it must be a subject of deep regret, that a question should be brought before Congress, which involves the dearest privileges of the constitution, and even by those who enjoy its choicest blessings. We should all recollect that Cataline, a professed patriot, was a traitor to Rome; Arnold, a professed whig, was a traitor to America; and Judas, a professed disciple, was a traitor to his Divine Master.

With the exception of the United States, the whole human race, consisting, it is supposed, of eight hundred millions of rational beings, is in religious bondage; and, in reviewing the scenes of persecution which history every where presents, unless the committee could believe that the cries of the burning victim, and the flames by which he is consumed, bear to Heaven a grateful incense, the conclusion is inevitable, that the line cannot be too strongly drawn between Church and State. If a solemn act of legislation shall, in *one* point, define the law of God, or point out to the citizen one religious duty, it may, with equal propriety, proceed to define *every* part of divine revelation; and enforce *every* religious obligation, even to the forms and ceremonies of worship; the endowment of the church, and the support of the clergy.

It was with a kiss that Judas betrayed his Divine Master, and we should all be admonished,—no matter what our faith may be—that the rights of conscience, cannot be so successfully assailed as under the pretext of holiness. The Christian religion made its way into the world in opposition to all human Governments. Banishment, tortures, and death, were inflicted in vain to stop its progress. But many of its professors, as soon as clothed with political power, lost the meek spirit which their creed inculcated, and began to inflict on other religions, and on dissenting sects of their own religion, persecutions more aggravated than those which their own apostles had endured. The ten persecutions of Pagan Emperors, were exceeded in atrocity by the massacres and murders perpetrated by Christian hands; and in vain shall we examine the records of Imperial tyranny for an engine of cru-

**APP-05**

4 [ Rep. No. 271. ]

elty equal to the *Holy Inquisition*. Every religious sect, however meek in its origin, commenced the work of persecution as soon as it acquired political power. The framers of the constitution recognised the eternal principle, that man's relation with his God is above human legislation, and his rights of conscience inalienable. Reasoning was not necessary to establish this truth: we are conscious of it in our own bosoms. It is this consciousness which, in defiance of human laws, has sustained so many martyrs in tortures and in flames. They *felt* that their duty to God was superior to human enactments, and that man could exercise no authority over their consciences: it is an inborn principle which nothing can eradicate.

The bigot in the pride of his authority, may lose light of it—but strip him of his power; prescribe a faith to him which his conscience rejects; threaten him in turn with the dungeon and the faggot; and the spirit which God has implanted in him, rises up in rebellion and defies you. Did the primitive Christians ask that Government should recognise and observe their religious institutions? All they asked was *toleration;* all they complained of, was persecution. What did the Protestants of Germany, or the Hugenots of France, ask of their Catholic superiors? *Toleration.* What do the persecuted Catholics of Ireland ask of their oppressors? *Toleration.*

Do not all men in this country enjoy every religious right which martyrs and saints ever asked? Whence, then, the voice of complaint? Who is it, that, in the full enjoyment of every principle which human laws can secure, wishes to arrest a portion of these principles from his neighbor? Do the petitioners allege that they cannot conscientiously participate in the profits of the mail contracts and post offices, because the mail is carried on Sunday? If this be their motive, then it is worldly gain which stimulates to action, and not virtue or religion. Do they complain that men, less conscientious in relation to the Sabbath, obtain advantages over them, by receiving their letters and attending to their contents? Still their motive is worldly and selfish. But if their motive be to induce Congress to sanction, by law, their *religious opinions* and *observances,* then their efforts are to be resisted, as in their tendency fatal, both to religious and political freedom. Why have the petitioners confined their prayer to the mails? Why have they not requested that the Government be required to suspend *all* its executive functions on that day? Why do they not require us to enact that our ships shall not sail? that our armies shall not march? that officers of justice shall not seize the suspected, or guard the convicted? They seem to forget that government is as necessary on Sunday as on any other day of the week. The spirit of evil does not rest on that day. It is the Government, ever active in its functions, which enables us all, even the petitioners, to worship in our churches in peace. Our Government furnishes very few blessings like our mails. They bear from the centre of our Republic to its distant extremes, the acts of our legislative bodies, the decisions of the judiciary, and the orders of the Executive. Their speed is often essential to the defence of the country, the suppression of crime, and the dearest interests of the people. Were they suppressed one day of the week, their absence must be often supplied by public expresses; and, besides, while the mail bags might rest, the mail coaches would pursue their journey with the passengers. The mail bears, from one extreme of the Union to the other, letters of relatives and friends, preserving a communion of heart between those far separated, and increasing the most pure and refined pleasures of our existence: also, the letters of commercial men convey the state of the markets, prevent ruinous

**APP-06**

[ Rep. No. 271. ]  5

speculations, and promote general, as well as individual interest: they bear innumerable religious letters, newspapers, magazines and tracts, which reach almost every house throughout this wide Republic.  Is the conveyance of these a violation of the Sabbath?  The advance of the human race in intelligence, in virtue, and religion itself, depends in part upon the speed with which a knowledge of the past is disseminated.  Without an interchange between one country and another, and between different sections of the same country, every improvement in moral or political science, and the arts of life, would be confined to the neighborhood where it originated.  The more rapid and the more frequent this interchange, the more rapid will be the march of intellect, and the progress of improvement.  The mail is the chief means by which intellectual light irradiates to the extremes of the Republic.  Stop it one day in seven, and you retard one seventh the advancement of our country.  So far from stopping the mail on Sunday, the committee would recommend the use of all reasonable meanse to give it a greater expedition and a greater extension.  What would be the elevation of our country, if every new conception could be made to strike every mind in the Union at the same time?  It is not the distance of a Province or State from the seat of Government, which endangers its separation; but it is the difficulty and unfrequency of intercourse between them.  Our mails reach Missouri and Arkansas in less time than they reached Kentucky and Ohio in the infancy of their settlements; and now, when there are three millions of people extending a thousand miles West of the Alleghany, we hear less of discontent, than when there were a few thousands scattered along their Western base.

To stop the mails one day in seven would be to thrust the whole Western country, and other distant parts of this Republic, one day's journey from the seat of Government.  But, were it expedient to put an end to the transmission of letters and newspapers on Sunday, because it violates the law of God, have not the petitioners begun wrong in their efforts?  If the arm of Government be necessary to compel men to respect and obey the laws of God, do not the State Governments possess infinitely more power in this respect?  Let the petitioners turn to *them*, and see if they can induce the passage of laws to respect the observance of the Sabbath: for, if it be sinful for the mail to carry letters on Sunday, it must be equally sinful for individuals to write, carry, receive, or read them.  It would seem to require that these acts should be made penal, to complete the system.  Travelling on business or recreation, except to and from church; all printing, carrying, receiving, and reading of newspapers; all conversations and social intercourse, except upon religious subjects, must necessarily be punished, to suppress the evil.  Would it not also follow, as an inevitable consequence, that every man, woman, and child, should be compelled to attend meeting? and, as only one sect, in the opinion of some, can be deemed orthodox, must it not be determined, by law, which *that* is, and compel all to hear those teachers, and contribute to their support?  If minor punishments would not restrain the Jew, or the Sabbatarian, or the Infidel, who believes Saturday to be the Sabbath, or disbelieves the whole, would not the same system require that we should resort to imprisonment, banishment, the rack, and the faggot, to force men to violate their own consciences, or compel them to listen to doctrines which they abhor?  When the State Governments shall have yielded to these measures, it will be time enough for Congress to declare that the rattling of the mail coaches shall no longer break the silence of this despotism.  It is the duty of this Government to afford to *all*—to Jew or Gentile, Pagan or

**APP-07**

6                              [ Rep. No. 271. ]

Christians, the protection and the advantages of our benignant institutions, on *Sunday*, as well as every day of the week.    Although this Government will not convert itself into an ecclesiastical tribunal, it will practice upon the maxim laid down by the founder of Christianity—that it is lawful to do *good* on the Sabbath day.    If the Almighty has set apart the first day of the week as time which man is bound to keep holy, and devote exclusively to his worship, would it not be more congenial to the precepts of Christians, to appeal exclusively to the Great Lawgiver of the Universe to aid them in making men better—in correcting their practices by purifying their hearts?    Government will protect them in their efforts.    When they shall have so instructed the public mind, and awakened the consciences of individuals, as to make them believe that it is a violation of God's law to carry the mail, open post offices, or receive letters, on Sunday, the evil of which they complain will cease of itself, without any exertion of the strong arm of civil power.    When man undertakes to be God's avenger, he becomes a demon.    Driven by the frenzy of a religious zeal, he loses every gentle feeling; forgets the most sacred precepts of his creed; and becomes ferocious and unrelenting.

Our fathers did not wait to be oppressed, when the mother country asserted and exercised an unconstitutional power over them.    To have acquiesced in the tax of three pence upon a pound of tea, would have led the way to the most cruel exactions; they took a bold stand against the principle, and liberty and independence was the result.    The petitioners have not requested Congress to suppress Sunday mails upon the ground of political expediency, but because they violate the sanctity of the first day of the week.

This being the fact, and the petitioners having indignantly disclaimed even the wish to unite politics and religion, may not the committee reasonably cherish the hope, that they will feel reconciled to its decision, in the case; especially, as it is also a fact, that the counter memorials, equally respectable, oppose the interference of Congress, upon the ground that it would be legislating upon a religious subject, and therefore unconstitutional.

*Resolved,* That the committee be discharged from the further consideration of the subject.

[ Rep. No. 271. ]    7

MARCH 5, 1830.

Mr. McCREERY, from the Committee on the Post Office and Post Roads, to which was referred sundry memorials and petitions upon the subject of transporting and opening the public mail on the Sabbath day, submits the following as his view of the subject:

*The minority of the Committee, to whom were referred the memorials relative to the transportation of the mail, and the delivering of letters, &c. on the Sabbath, beg leave to state the reasons of their dissent from the report made by the committee on that subject:*

All Christian nations acknowledge the first day of the week, to be the Sabbath. Almost every State in this Union have, by positive legislation, not only recognized this day as sacred, but has forbidden its profanation under penalties imposed by law.

It was never considered, by any of those States, as an encroachment upon the rights of conscience, or as an improper interference with the opinions of the few, to guard the sacredness of that portion of time acknowledged to be holy by the many.

The petitioners ask not Congress to expound the moral law; they ask not Congress to meddle with theological controversies, much less to interfere with the rights of the Jew or the Sabbatarian, or to treat with the least disrespect the religious feelings of any portion of the inhabitants of the Union; they ask the introduction of no religious coercion into our civil institutions; no blending of religion and civil affairs; but they do ask, that the agents of Government, employed in the Post Office Department, may be permitted to enjoy the same opportunities of attending to moral and religious instruction, or intellectual improvement, on that day, which is enjoyed by the rest of their fellow citizens. They approach the Government, not for personal emolument, but as patriots and Christians, to express their high sense of the moral energy and necessity of the Sabbath, for the perpetuity of our republican institutions; and respectfully request that Congress will not, by legislative enactments, impair those energies.

Among the many reasons which might be advanced, that it is both expedient and a duty to grant the prayer of the petitioners, the following are only submitted:

The petitioners ask the enactment of no law establishing the first day of the week as the Christian Sabbath; they only ask the extension and application, to one Department of Government, a principle which is recognized, and has, since the foundation of our Government, been acknowledged in every other Department. The principle embraced in the petitions, has been recognized by Congress, by adjourning over the first day of the week. At the first session of the first Congress, a law was passed establishing Judicial Courts, and in that law Sunday is excepted from the days on which that court may commence its sessions. All the other Executive Departments of Government are closed on that day. Congress has never, by this, considered itself as expounding the moral law, or as introducing any religious coercion into our civil institutions, or making any innovations on the religious rights of the citizens, or settling by legislation any theological question that

**APP-09**

8                    [ Rep. No. 271. ]

may exist between Jews, Sabbatarians, and other denominations. The good of society requires the strict observance of one day in seven. Paley, and other writers on moral philosophy, have shown, that the resting of men every seventh day; their winding up their labors and concerns once in seven days; their abstraction from the affairs of the world, to improve their minds and converse with their Maker; their orderly attendance upon the ordinances of public worship and instruction, have a direct and powerful tendency to improve the morals and temporal happiness of mankind.

The wise and good Ruler of the universe made the appointment, not by a mere arbitrary exercise of authority, but for our good; and whatever difference of opinion may exist in respect to the proper day to be observed, almost all agree, that one day in seven should be devoted to religious exercises. That being admitted, can any thing be more reasonable than the request of the petitioners, that, at least, so much of the law should be repealed, as requires the post offices to be kept open every day of the week. Does not the enactment of that law plainly imply, that mankind is under no moral obligation to refrain from secular labor on any day of the week? Is it not in direct opposition to the received opinion of almost all professing Christians? It is to that part of the law, more particularly, which requires, in terms, all the postmasters throughout the United States to deliver letters, packets, and papers, on every day of the week, to which the minority of your committee object, and which is most offensive to the petitioners. In this statute is at once seen, a palpable encroachment on the rights of conscience. It either drives every man, who feels himself morally bound to observe the Sabbath in a religious manner, from the service of his country, and equal participation in her favors, or subjects him to the hard terms of remaining in office, at the expense of his principles. It is freely acknowledged, that the works of necessity and mercy are not forbidden; and, if the transportation of the mail on Sunday, could be justified on that ground, (which is not admitted) it cannot be contended, that the keeping open offices, where no mail arrives on that day is the work of necessity.

The arguments which have been urged for the transportation of the mail, &c. on the Sabbath, are mainly derived from commercial convenience, and from alleged derangement of business and intercourse. This doctrine militates against the first principles of good morals. If these are important at all, they are paramount to the claims of expediency: but this plea makes them subservient to the pressure of worldly business, and converts them into mere questions of profit and loss.

Granting the prayer of the petitioners cannot interfere with the religious feelings or consciences of any portion of the citizens; because, they ask no service to be performed; no principle to be professed. It is only asked that certain duties be not required on a certain day. Were it imposing any service, or requiring the profession of any opinions, those whose religious sentiments were different, might justly complain. But he who conscientiously believes that he is bound to observe the seventh day of the week, in a religious manner, can have no just reason to complain; because, Government takes nothing from him, in permitting all classes of citizens to observe the first day of the week, as a day of religious rest. The case would be quite different, did the privilege of resting on that day, impose any thing on any class of citizens, contrary to their conscience. Therefore,

*Resolved,* That it is expedient to grant the prayer of the petitioners,
                                        WM. McCREERY,

**APP-10**

## APPENDIX B


U.S. Supreme Court Associate Justice William Strong's
"Call for a National Convention"

# PROCEEDINGS

## OF THE

# NATIONAL CONVENTION,

## NEW YORK,

### FEBRUARY 26 AND 27, 1873.

This Convention of the friends of the movement to secure the Religious Amendment of the Constitution of the United States, met in the Large Hall of the Cooper Institute, on Wednesday, February 26, at two o'clock, P. M. The call, in response to which the Convention assembled, was as follows:

#### CALL FOR A NATIONAL CONVENTION.

THE QUESTION of the Bible in the Public Schools, of Sabbath Laws, and many similar questions, are now demanding attention and decisive settlement. Shall the Nation preserve the Christian features of its life? This is rapidly becoming the issue of our day.

Many thoughtful citizens view with deep concern the assaults now being made on everything of a Christian character in our civil institutions. Not only time-serving politicians and irreligious men, but eminent officers of government, and leaders among Christians, accepting the false theory that government has nothing to do with religion, coöperate in these assaults.

An appeal against the Bible in the Common Schools now lies before the Supreme Court of Ohio. It will come up for adjudication, in its regular order, sometime this winter, when a determined effort will be made to overturn the present noble school system of that State.

The Superintendent of Public Instruction of the State of New York has recently decided that the Bible, though assigned an honorable place in the State system of education when first established, and actually used for sixty years, can no longer be legally read during regular hours in any school of the State. Armed with authoritative decisions like this, the enemies of the Bible certainly will succeed unless the friends of our Common Schools awake to the dangers that threaten them, and take prompt and adequate action.

2                    PROCEEDINGS OF THE NATIONAL CONVENTION.

In order successfully to repel their assaults, the assailants must be met at
their own point of attack.  They assail the Bible in the Schools, Sabbath
Laws, Laws against Polygamy, and every similar element of our Christian
civilization, on the ground of their inconsistency with the Constitution of the
United States, which acknowledges neither G—d nor the Bible, and with which
everything in the actual administration of the Government should harmonize.

What shall be done ?  This is the momentous question now forcing itself
upon the American people.  It will not down.  It must soon be answered in one
of two ways.  Which shall it be ?  Shall we obliterate every Christian feature
from existing institutions ?  Or, shall we make the Constitution explicitly
Christian ?  Shall we thrust out the Bible from our schools to make them con-
form to the Constitution ?  Patriotism and true Statesmanship answer, No !
But let the acknowledgment of G—d and the Bible be inserted in the Consti-
tution to make it conform to the Common Schools.

The National Association has been formed for the purpose of securing such
an amendment to the Constitution as will suitably acknowledge Almighty G—d
as the author of the nation's existence and the ultimate source of its authority,
Jesus Christ as its Ruler, and the Bible as the fountain of its laws, and thus
indicate that this is a Christian nation, and place all Christian laws, institu-
tions, and usages in our government on an undeniable legal basis in the fun-
damental law of the land.  This Association invites all citizens, who favor such
an amendment, without distinction of party or creed, to meet in the HALL
OF THE COOPER UNION, New York City, on Wednesday, February 26,
1873, at 2 o'clock, P. M.

All such citizens, to whose notice this call may be brought, are requested to
hold meetings, and appoint Delegates to the Convention.

WILLIAM STRONG, U. S. Supreme Court,
*President of the National Association.*

VICE-PRESIDENTS :

His Excellency, JAMES M. HARVEY, *Governor of Kansas.*
His Excellency, SETH PADELFORD, *Governor of Rhode Island.*
The Hon. J. W. McCLURG, *Ex-Governor of Missouri.*
The Hon. W. H. CUMBACK, *Lieutenant-Governor of Indiana.*
The Hon. WM. MURRAY, *Supreme Court of New York.*
The Hon. M. B. HAGANS, *Superior Court of Cincinnati.*
The Hon. FELIX R. BRUNOT, *Chairman of the Board of Indian Commissioners,*
   *Pittsburg, Pa.*
JOHN ALEXANDER, Esq., *Philadelphia, Pa.*
CHARLES G. NAZRO, Esq., *Boston, Mass.*
The Hon. THOMAS W. BICKNELL, *Commissioner Public Schools, Rhode Island.*
JAMES W. TAYLOR, Esq., *Newburg, New York.*
Prof. TAYLER LEWIS, LL.D., *Union College, New York.*
EDWARD S. TOBEY, Esq., *Boston.*
RUSSELL STURGIS, Jr., Esq., *Boston.*
The Right Rev. G. T. BEDELL, D.D., *Assistant Bishop of the P. E. Church,*
   *Diocese of Ohio.*
The Right Rev. G. D. CUMMINS, D.D., *Assistant Bishop of the P. E. Church,*
   *Diocese of Kentucky.*
The Rev. C. S. FINNEY, D.D., *formerly President of Oberlin College, Oberlin, O.*
The Rev. F. MERRICK, D.D., LL.D., *President of the Ohio University, Dela-*
   *ware, O.*
The Rev. JOSEPH CUMMINGS, D.D., LL.D., *Pres't of the Wesleyan University,*
   *Middletown, Conn.*
The Rev. A. D. MAYO, D.D., *Cincinnati.*

# APPENDIX C

Entries Related to Religion
(and (Christian) Monotheism)
in the Congressional Record (1949-1959)

### "RELIGION" ENTRIES
### IN THE INDEX VOLUMES
### OF THE CONGRESSIONAL RECORD
### 1949 - 1959



This bar graph was created by counting the number of entries under the heading "Religion" (and associated terms) in each Index volume of the Congressional Record for the years 1949 through 1959. For the five years from 1949-1953, there was an average of 3.2 entries. For the five years from 1955-1959, the average shot up to 176.6 … a greater than fifty-fold increase!

These data clearly reveal the increased influence and involvement of religion in government (and of government in religion) that occurred contemporaneously with Congress mandating "In G‑d We Trust" on the money and as the national motto. Two hundred sample titles (from 1954-1960) follow, after which are provided ten pages of Congressional Record excerpts. This evidence demonstrates that Congress's activities did not stem from "history" or "patriotism." Rather, the challenged legislation was unquestionably driven by a desire to use the machinery of the state to infuse government and society with the majority's (Christian) monotheistic religious belief.

## SELECTED CONGRESSIONAL RECORD INDEX ENTRIES
## 1954-1960

(1) Transcript of Back to G-d Program[1]
(2) Celebration, 300 years of Protestantism[2]
(3) Thank G-d for Freedom[3]
(4) City Under G-d[4]
(5) Religion Versus Communism[5]
(6) Threats to Christianity and Democracy[6]
(7) Faith Versus Fear[7]
(8) "Under G-d" this Nation lives[8]
(9) For G-d and Country[9]
(10) Meditation, Christ, our hope[10]
(11) Ninety-first Psalm[11]
(12) Proceedings of Dedicatory Prayer Breakfast[12]
(13) Dedication of Crucifix in Gary, Ind.[13]
(14) Christian in Politics[14]
(15) Christians in Politics[15]
(16) Duty of Christian Politician[16]
(17) Faith in Our Time[17]
(18) Faiths of Our Presidents[18]
(19) Free Government Based on Faith[19]
(20) G-d's Answer to Communism[20]
(21) No Coexistence of Religion and Communism[21]
(22) One Hundred Years of Spiritual Blessing[22]
(23) Strengthening America Under G-d[23]
(24) This Nation Under G-d[24]
(25) We Pray or We Perish[25]
(26) With Faith and Flag They Called It America[26]
(27) Beloved Man of G-d[27]
(28) Christian and Debt[28]
(29) Congressmen Get Prayer Room[29]
(30) Drive to Erect World's Largest Cross[30]
(31) G-d Meant Us To Find Atom[31]
(32) G-d and U.N.[32]
(33) Great Christian[33]
(34) Harvesting Lord's Acre[34]
(35) Has Your Home a Prayer Room?[35]
(36) Our Father's G-d to Thee[36]
(37) Our Prayers Could Change World[37]

(38) President Honored for Religious Aim[38]
(39) What Did Jesus Believe About Wealth?[39]
(40) Who Are Disciples of Christ?[40]
(41) Effect of Spiritual Guidance[41]
(42) I Speak for Christian Citizenship[42]
(43) One Nation Under G-d[43]
(44) Communists versus G-d[44]
(45) Atheists misquote George Washington[45]
(46) G-d: acknowledge in the Constitution[46]
(47) Erection of Giant Cross[47]
(48) Religion in American Life[48]
(49) This I Believe[49]
(50) Christian Impact[50]
(51) Christian Life[51]
(52) Love of Neighbor Is G-d's Guided Missile to Peace[52]
(53) Need for Spiritual Values in These Times[53]
(54) Our Holy Father[54]
(55) Place of G-d In Education[55]
(56) Religion Should Accompany Student[56]
(57) Seeking G-d's Way for World Peace[57]
(58) Spiritual Statesmanship[58]
(59) Spiritual Strength in Cold War[59]
(60) Supplying Education with Religious Spirit[60]
(61) This Nation Under G-d[61]
(62) World Must Choose Between Religion and Ruin[62]
(63) Christian and Jew[63]
(64) Eisenhower Should Lead G-dly Against Reds[64]
(65) Man Who Sees Inside Heaven[65]
(66) Our Home and G-d[66]
(67) Prayer - Exposure to G-d[67]

(68) Religious Illiteracy Is Problem for Home[68]
(69) Supping With Devil[69]
(70) Thanks Be to Providence[70]
(71) The Christian Leader and Politics[71]
(72) Worship and Work[72]
(73) World Day of Prayer[73]
(74) "I Met G-d There"[74]
(75) Christian amendment flier[75]
(76) Bible ABC Verses[76]
(77) Christ Did Not Wear Crown of Thorns To Teach Appeasement[77]
(78) Christianity, Patriotism, and Myth of National Communism[78]
(79) Faith That Built America[79]
(80) Role of Church in American Politics[80]
(81) Unfair Trial of Jesus[81]
(82) Appeal to Churches[82]
(83) Apostolic Blessing[83]
(84) Christian in Politics[84]
(85) Christian Survival at Stake[85]
(86) Church Versus Dictatorships[86]
(87) Convert Russia Through Prayer[87]
(88) Cross Against Sky[88]
(89) Direction of Our Gratitude[89]
(90) Faith Is Target[90]
(91) G-d's Time[91]
(92) Ideas Are G-d's Weapons for New World[92]
(93) Prayer Is Power[93]
(94) Why Not Teach Religion?[94]
(95) Church of Christ[95]
(96) Mobilizing religious influence[96]
(97) Prayer breakfast: proceedings[97]
(98) Amendment to Constitution recognizing G-d[98]
(99) Christian Reformed Church in America[99]
(100) Errors in trial of Jesus[100]
(101) Power of prayer[101]
(102) Proceedings of sixth annual presidential prayer breakfast[102]
(103) Atheistic Character of Communism[103]
(104) Church-Related Colleges[104]
(105) Importance of Easter and Good Friday[105]

(106) Modern Delusions and G-d's Design[106]
(107) Politics and Christian Service[107]
(108) Antichrists on Prowl[108]
(109) Christ in Marketplace[109]
(110) Churches Under Open Skies[110]
(111) Contemporary Church Heraldry in America[111]
(112) Has My Church Left Me?[112]
(113) Holy Week Holds the Answer[113]
(114) Moses, Prophets, Jesus Fought To Erase Inequality[114]
(115) Opposes Asking G-d's Aid for United States[115]
(116) 139 Joined Church During Crusade[116]
(117) Presidential Prayer Breakfast[117]
(118) Religious Imperatives and Foreign Aid[118]
(119) Religious Overseas Aid[119]
(120) Uriel, Flame of G-d[120]
(121) World Day of Prayer[121]
(122) Yes; My Church Has Left Me - Thank G-d[122]
(123) Faith of our forefathers[123]
(124) Speak for Christian citizenship[124]
(125) Subsidy for ministers[125]
(126) Voting according to religious precepts[126]
(127) Spiritual faith of our fathers[127]
(128) Catholicism and politics[128]
(129) G-d, peace, and you[129]
(130) Protestantism speaks on justice and integration[130]
(131) Reaffirm Christian faith in Middle East crisis[131]
(132) Essay: Christian Principles and Citizenship[132]
(133) Proceedings at presidential prayer breakfast[133]
(134) Aggressive Secularism Undermining Nation[134]
(135) Can-Do Christians[135]
(136) Catholic President?[136]
(137) Christian Amendment Resolution[137]
(138) Faith[138]
(139) Faith and Learning[139]

(140) For G-d and Country[140]
(141) In Remembrance of Him[141]
(142) Our Religious Heritage[142]
(143) Religion Today[143]
(144) Religious Acknowledgements in Political Documents[144]
(145) Religious Education and Democracy[145]
(146) Spirituality and Prayer: Weapons Against Communism[146]
(147) Ten Commandments[147]
(148) Catholic Can Become President[148]
(149) Catholic in Politics[149]
(150) Christianity or Communism?[150]
(151) Christ United Church of Christ[151]
(152) Christian Philosophy of Civil Government[152]
(153) Everybody Prays at Sholl's[153]
(154) Ex-Coach Blaik Believes in Prayer[154]
(155) Foreign Policy and Christian Conscience[155]
(156) Jesuit Denounces Racism as Pagan[156]
(157) Let's Not Forget Power of Faith[157]
(158) Man Sent From G-d[158]
(159) Our Religious Heritage[159]
(160) Sunday Change Shocks G-d Fearing[160]
(161) Will Science Ever Replace G-d?[161]
(162) G-d and Mr. Dulles[162]
(163) Khrushchev, Nikita: minute of silent prayer to greet[163]
(164) American spiritual values versus Lenin and Marx[164]
(165) Lord's Day Observance[165]
(166) Vaughn Bible Class[166]
(167) We Believe in Prayer[167]
(168) We Pay Taxes for Sin[168]
(169) Lecture: Existence of G-d[169]
(170) Proceedings at Presidential Prayer breakfast[170]
(171) Text on broadcast on Christian amendment[171]
(172) Christian amendment[172]
(173) Christ and Politics[173]
(174) Dedication of "In G-d We Trust" Plaque in Post Offices[174]
(175) Power of Prayer[175]
(176) Union of Church and State[176]

(177) Apostate Clergymen Battle for G-d-Hating Communist China[177]
(178) Christianity and Capital Punishment[178]
(179) Did G-d Attend the Summit?[179]
(180) Guide to Atheism[180]
(181) How Much G-d Is There in Government[181]
(182) Jesus, the Perfect Man[182]
(183) Millennium of Christianization[183]
(184) Washington's Lady Ambassador for Christ[184]
(185) What Faith in G-d Has Meant to Me[185]
(186) Christian Citizenship[186]
(187) Faith by William Jennings Bryan[187]
(188) Shrine of the Immaculate Conception[188]
(189) Make yourself a rubberstamp for G-d[189]
(190) Religious qualificqations for the Presidency[190]
(191) Spiritual values are our basic need[191]
(192) Revised Standard Version of the Holy Bible: adoption of[192]
(193) World Day of Prayer[193]
(194) Bible: eternal source of strength[194]
(195) Bible: light that illumines the pathway[195]
(196) Good Shepherd and the abundant life[196]
(197) Holy Week[197]
(198) In the beginning G-d[198]
(199) Prayer rooms, U.S. Capitol[199]
(200) Psalm 23[200]

[1] 100-a Cong. Rec. A1204 (1954).
[2] 100-a Cong. Rec. A5288 (1954).
[3] 100-a Cong. Rec. A5674 (1954).
[4] 100-a Cong. Rec. A5519 (1954).
[5] 100-a Cong. Rec. A5569 (1954).
[6] 100-a Cong. Rec. A3187 (1954).
[7] 100-a Cong. Rec. 13977 (1954).
[8] 100-a Cong. Rec. 15828 (1954).
[9] 100-a Cong. Rec. A5879 (1954).
[10] 101-a Cong. Rec. 11120 (1955).
[11] 101-a Cong. Rec. 4767 (1955).
[12] 101-a Cong. Rec. 1212 (1955).
[13] 101-a Cong. Rec. 6264 (1955).
[14] 101-a Cong. Rec. 1698 (1955).
[15] 101-a Cong. Rec. A129 (1955).
[16] 101-a Cong. Rec. 8792 (1955).
[17] 101-a Cong. Rec. A4822 (1955).
[18] 101-a Cong. Rec. A4625 (1955).
[19] 101-a Cong. Rec. A2167 (1955).
[20] 101-a Cong. Rec. A2057 (1955).
[21] 101-a Cong. Rec. 275 (1955).
[22] 101-a Cong. Rec. A505 (1955).
[23] 101-a Cong. Rec. 11111 (1955).
[24] 101-a Cong. Rec. A2982 (1955).
[25] 101-a Cong. Rec. A3247 (1955).
[26] 101-a Cong. Rec. A145 (1955).
[27] 101-a Cong. Rec. A150 (1955).
[28] 101-a Cong. Rec. A2262 (1955).
[29] 101-a Cong. Rec. A836 and A1211 (1955).
[30] 101-a Cong. Rec. 2872 (1955).
[31] 101-a Cong. Rec. 2853 (1955).
[32] 101-a Cong. Rec. A4664 (1955).
[33] 101-a Cong. Rec. A742 (1955).
[34] 101-a Cong. Rec. A1972 (1955).
[35] 101-a Cong. Rec. A5881 (1955).
[36] 101-a Cong. Rec. A2149 (1955).
[37] 101-a Cong. Rec. A786 (1955).
[38] 101-a Cong. Rec. A3368 (1955).
[39] 101-a Cong. Rec. A4210 (1955).
[40] 101-a Cong. Rec. A1953 (1955).
[41] 101-a Cong. Rec. 4942, A2945, A2946, A2987, A2990, A2991, A2996, and A5468 (1955).
[42] 101-a Cong. Rec. A3151 (1955).
[43] 101-a Cong. Rec. A3154 (1955).
[44] 101-a Cong. Rec. 6265 (1955).
[45] 101-a Cong. Rec. 13135 (1955).
[46] 101-a Cong. Rec. 6848 (1955).
[47] 101-a Cong. Rec. 4400 (1955).
[48] 101-a Cong. Rec. 3217 (1955).
[49] 101-a Cong. Rec. 6603 (1955).
[50] 102-a Cong. Rec. A1957 (1955).
[51] 102-a Cong. Rec. A6037 (1956).
[52] 102-a Cong. Rec. A1589 (1956).
[53] 102-a Cong. Rec. A542 (1956).
[54] 102-a Cong. Rec. A4893 (1956).
[55] 102-a Cong. Rec. A2131 (1956).
[56] 102-a Cong. Rec. A2659 (1956).
[57] 102-a Cong. Rec. 2272 (1956).
[58] 102-a Cong. Rec. 4547 (1956).
[59] 102-a Cong. Rec. 9454 (1956).
[60] 102-a Cong. Rec. A4122 (1956).
[61] 102-a Cong. Rec. A3533 and 9277 (1956).
[62] 102-a Cong. Rec. A429 (1956).
[63] 102-a Cong. Rec. A2803 (1956).
[64] 102-a Cong. Rec. A452 (1956).
[65] 102-a Cong. Rec. A5129 (1956).
[66] 102-a Cong. Rec. 6895 (1956).
[67] 102-a Cong. Rec. A1493 (1956).
[68] 102-a Cong. Rec. A1650 (1956).
[69] 102-a Cong. Rec. A5842 and A6209 (1956).
[70] 102-a Cong. Rec. A3960 (1956).
[71] 102-a Cong. Rec. 8031 (1956).
[72] 102-a Cong. Rec. A5366 (1956).
[73] 102-a Cong. Rec. 2751 (1956).
[74] 102-a Cong. Rec. 1519 (1956).
[75] 102-a Cong. Rec. A700 (1956).
[76] 103-a Cong. Rec. A4891 (1957).
[77] 103-a Cong. Rec. A2221 (1957).
[78] 103-a Cong. Rec. A291 (1957).
[79] 103-a Cong. Rec. A4008 (1957).
[80] 103-a Cong. Rec. A4184 (1957).
[81] 103-a Cong. Rec. 8121 (1957).
[82] 103-a Cong. Rec. A4124 (1957).
[83] 103-a Cong. Rec. A45 (1957).
[84] 103-a Cong. Rec. A4236 (1957).
[85] 103-a Cong. Rec. A532 (1957).
[86] 103-a Cong. Rec. A5220 (1957).
[87] 103-a Cong. Rec. A1008 (1957).
[88] 103-a Cong. Rec. A3083 (1957).
[89] 103-a Cong. Rec. A1512 (1957).
[90] 103-a Cong. Rec. A2671 (1957).
[91] 103-a Cong. Rec. A1357 (1957).
[92] 103-a Cong. Rec. A4515 (1957).
[93] 103-a Cong. Rec. A3467 (1957).
[94] 103-a Cong. Rec. A7212 (1957).
[95] 103-a Cong. Rec. A154 (1957).
[96] 103-a Cong. Rec. 8249 (1957).
[97] 103-a Cong. Rec. 2085 (1957).
[98] 103-a Cong. Rec. 234 (1957).
[99] 103-a Cong. Rec. 6128 (1957).

[100] 103-a Cong. Rec. 5848 (1957).
[101] 103-a Cong. Rec. 2452 (1957).
[102] 104-a Cong. Rec. 2192 (1958).
[103] 104-a Cong. Rec. A32 (1958).
[104] 104-a Cong. Rec. A3246 (1958).
[105] 104-a Cong. Rec. A3578 (1958).
[106] 104-a Cong. Rec. A2159 (1958).
[107] 104-a Cong. Rec. 10790 (1958).
[108] 104-a Cong. Rec. A2214 (1958).
[109] 104-a Cong. Rec. A5975 (1958).
[110] 104-a Cong. Rec. A6724 (1958).
[111] 104-a Cong. Rec. A1257 (1958).
[112] 104-a Cong. Rec. A3993 (1958).
[113] 104-a Cong. Rec. A3199 (1958).
[114] 104-a Cong. Rec. A883 (1958).
[115] 104-a Cong. Rec. A2494 (1958).
[116] 104-a Cong. Rec. A690 (1958).
[117] 104-a Cong. Rec. A1119 (1958).
[118] 104-a Cong. Rec. 6283 (1958).
[119] 104-a Cong. Rec. A927 (1958).
[120] 104-a Cong. Rec. A3253 (1958).
[121] 104-a Cong. Rec. A1606 (1958).
[122] 104-a Cong. Rec. A4976 (1958).
[123] 104-a Cong. Rec. A4646 (1958).
[124] 104-a Cong. Rec. A5262 (1958).
[125] 104-a Cong. Rec. A869 (1958).
[126] 104-a Cong. Rec. A7215 (1958).
[127] 104-a Cong. Rec. 18591 (1958).
[128] 104-a Cong. Rec. A7518 (1958).
[129] 104-a Cong. Rec. A3088 (1958).
[130] 104-a Cong. Rec. 1918 (1958).
[131] 104-a Cong. Rec. A7264 (1958).
[132] 105-a Cong. Rec. A4622 (1959).
[133] 105-a Cong. Rec. 4418 (1959).
[134] 105-a Cong. Rec. A8440 (1959).
[135] 105-a Cong. Rec. A1524 (1959).
[136] 105-a Cong. Rec. A5345 (1959).
[137] 105-a Cong. Rec. 6158 (1959).
[138] 105-a Cong. Rec. A174 (1959).
[139] 105-a Cong. Rec. A4918 (1959).
[140] 105-a Cong. Rec. A1966 (1959).
[141] 105-a Cong. Rec. A3369 (1959).
[142] 105-a Cong. Rec. 9499 (1959).
[143] 105-a Cong. Rec. A7022 (1959).
[144] 105-a Cong. Rec. A1125 (1959).
[145] 105-a Cong. Rec. A7057 (1959).
[146] 105-a Cong. Rec. A8446 (1959).
[147] 105-a Cong. Rec. A7354 (1959).
[148] 105-a Cong. Rec. 3482 (1959).
[149] 105-a Cong. Rec. 12008 (1959).
[150] 105-a Cong. Rec. A4465 (1959).
[151] 105-a Cong. Rec. A5375 (1959).
[152] 105-a Cong. Rec. A4536 (1959).
[153] 105-a Cong. Rec. A4718 (1959).
[154] 105-a Cong. Rec. A1529 (1959).
[155] 105-a Cong. Rec. A4653 (1959).
[156] 105-a Cong. Rec. A4950 (1959).
[157] 105-a Cong. Rec. A1278 (1959).
[158] 105-a Cong. Rec. A5186 (1959).
[159] 105-a Cong. Rec. A5838 (1959).
[160] 105-a Cong. Rec. A6542 (1959).
[161] 105-a Cong. Rec. A3542 (1959).
[162] 105-a Cong. Rec. A648 (1959).
[163] 105-a Cong. Rec. 17448 (1959).
[164] 105-a Cong. Rec. 5346 (1959).
[165] 105-a Cong. Rec. A6540 (1959).
[166] 105-a Cong. Rec. A1568 (1959).
[167] 105-a Cong. Rec. A1573 (1959).
[168] 105-a Cong. Rec. A4315 (1959).
[169] 105-a Cong. Rec. 13735 (1959).
[170] 106-a Cong. Rec. 3591 (1960).
[171] 106-a Cong. Rec. A478 and A410 (1960).
[172] 106-a Cong. Rec. A1538 (1960).
[173] 106-a Cong. Rec. A6547 (1960).
[174] 106-a Cong. Rec. A5504 (1960).
[175] 106-a Cong. Rec. 15044 (1960).
[176] 106-a Cong. Rec. A1578 (1960).
[177] 106-a Cong. Rec. A1476 (1960).
[178] 106-a Cong. Rec. A6053 (1960).
[179] 106-a Cong. Rec. A5421 (1960).
[180] 106-a Cong. Rec. A5601 (1960).
[181] 106-a Cong. Rec. 3903 and 9337 (1960).
[182] 106-a Cong. Rec. A3291 (1960).
[183] 106-a Cong. Rec. A2563 (1960).
[184] 106-a Cong. Rec. A404 (1960).
[185] 106-a Cong. Rec. 17414 (1960).
[186] 106-a Cong. Rec. A3910 (1960).
[187] 106-a Cong. Rec. 6744 (1960).
[188] 106-a Cong. Rec. A170 (1960).
[189] 106-a Cong. Rec. A5895 (1960).
[190] 106-a Cong. Rec. A5673 (1960).
[191] 106-a Cong. Rec. A6441 (1960).
[192] 106-a Cong. Rec. 8272 (1960).
[193] 106-a Cong. Rec. 6009 (1960).
[194] 106-a Cong. Rec. 8708 (1960).
[195] 106-a Cong. Rec. 8849 (1960).
[196] 106-a Cong. Rec. 12072 (1960).
[197] 106-a Cong. Rec. 8070 (1960).
[198] 106-a Cong. Rec. 10519 (1960).
[199] 106-a Cong. Rec. 3403 (1960).
[200] 106-a Cong. Rec. 8850 (1960).

**APPENDIX D**

Selected Excerpts from the Congressional Record
(circa 1954)

## SELECTED EXCERPTS FROM THE CONGRESSIONAL RECORD
### Circa 1954[1]

"I think that the criminal flood is an inescapable result of our earlier failure to teach G-d convincingly to the youthful unfortunates who are our juvenile delinquents of today and who will be our adult criminals of tomorrow."[2]

"Without these words, … the pledge ignores a definitive factor in the American way of life and that factor is belief in G-d."[3]

"[T]he fundamental issue which is the unbridgeable gap between America and Communist Russia is a belief in Almighty G-d."[3]

"From the root of atheism stems the evil weed of communism."[3]

"An atheistic American … is a contradiction in terms."[3]

"[T]he American way of life is … 'a way of life that sees man as a sentient being created by G-d and seeking to know His will, whose soul is restless till he rests in G-d.'"[3]

"From their earliest childhood our children must know the real meaning of America. Children and Americans of all ages must know that this is one Nation which 'under G-d' means 'liberty and justice for all.'"[3]

"[T]he fundamental basis of our Government is the recognition that all lawful authority stems from Almighty G-d."[4]

"[W]e recognize the spiritual origins and traditions of our country as our real bulwark against atheistic communism."[4]

"[O]nly under G-d will our beloved country continue to be a citadel of freedom."[4]

"The pledge of allegiance should be proclaimed in the spirit … recogni[zing] G-d as the Creator of mankind, and the ultimate source both of the rights of man and of the powers of government."[5]

---

[1] Most of these quotations quotations relate to Congress's decision to intrude "under G-d" into the Pledge of Allegiance, which was another in the series of (Christian) Monotheistic acts that transpired in the early 1950s. *See* Complaint ¶¶ 241-48. They, as well, reveal the political climate of that era and how Congress was intent on bolstering the (Christian) Monotheism that was permeating society.

[2] 99 Cong. Rec. 12 (Appendix), A4155 (May 22, 1953) (Attributed to J. Edgar Hoover in article inserted into the record by Rep. Louis C. Rabaut, sponsor of the House resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance)

[3] 100 Cong. Rec. 2, 1700 (Feb. 12, 1954) (Statement of Rep. Louis C. Rabaut, sponsor of the House resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance)

[4] 100 Cong. Rec. 17 (Appendix), A2515-A2516 (Apr. 1, 1954) (Statement of Rep. Louis C. Rabaut, sponsor of the House resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance)

"Certainly, in these days of great challenge to America, one can hardly think of a more inspiring symbolic deed than for America to reaffirm its faith in divine providence."[6]

"What better training for our youngsters could there be than to have them, each time they pledge allegiance to Old Glory, reassert their belief, like that of their fathers and their fathers before them, in the all-present, all-knowing, all-seeing, all-powerful Creator."[6]

"[I]n times like these when G-dless communism is the greatest peril this Nation faces, it becomes more necessary than ever to avow our faith in G-d and to affirm the recognition that the core of our strength comes from Him."[7]

"Hence it is fitting that those two profoundly meaningful words "under G-d" should be included in the pledge of allegiance so that we and our children, who recite the pledge far more often than adults, may be reminded that spiritual strength derived from G-d is the source of all human liberty."[7]

"[The] principles of the worthwhileness of the individual human being are meaningless unless there exists a Supreme Being."[8]

"It is the Nation itself which was born and lives 'under G-d.'"[8]

"[T]he one fundamental issue which is the unbridgeable gap between America and Communist Russia is belief in Almighty G-d."[8]

"More importantly, the children of our land, in the daily recitation of the pledge in school, will be daily impressed with a true understanding of our way of life and its origins. … Fortify our youth in their allegiance to the flag by their dedication to 'one Nation, under G-d.'"[8]

"He is the G-d, undivided by creed, to whom we look, in the final analysis, for the well-being of our Nation. Therefore, when we make our pledge to the flag I believe it fitting that we recognize by words what our faith has always been."[9]

---

[5] 100 Cong. Rec. 4, 5069 (Apr. 13, 1954) (Statement of Rep. Peter W. Rodino, Jr. in support of the resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance)

[6] 100 Cong. Rec. 5, 5915 (May 4, 1954) (Statement of Sen. Alexander Wiley in support of Sen. Ferguson's resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance)

[7] 100 Cong. Rec. 5, 5915 (May 4, 1954) (Milwaukee Sentinel editorial printed in the Congressional Record – with the unanimous consent of the Senate – as requested by Sen. Alexander Wiley in support of Sen. Ferguson's resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance)

[8] 100 Cong. Rec. 5, 6077-6078 (May 5, 1954) (Statement of Rep. Louis C. Rabaut, sponsor of the House resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance)

[9] 100 Cong. Rec. 5, 6085 (May 5, 1954) (Statement of Rep. Francis E. Dorn, supporting passage of House Joint Resolution 502 which sought to insert the words "under G-d" into the previously secular Pledge of Allegiance)

It is a "fundamental truth … that a government deriving its powers from the consent of the governed must look to G-d for divine leadership."[10]

"We are asking that only two words be added to the Pledge of Allegiance, but they are very significant words."[11]

"[T]he Pledge of Allegiance to the Flag which stands for the United States of America should recognize the Creator who we really believe is in control of the destinies of this great Republic."[11]

"It is true that under the Constitution no power is lodged anywhere to establish a religion. This is not an attempt to establish a religion; it has nothing to do with anything of that kind. It relates to belief in G-d, in whom we sincerely repose our trust."[11]

"Appropriations and expenditures for defense will be of value only if the G-d under whom we live believes that we are in the right. We should at all times recognize G-d's province over the lives of our people and over this great Nation."[11]

"[The Pledge] is not only a pledge of words but also of belief."[11]

"[B]elief in G-d is part of our very lives."[11]

"The United States is one of the outstanding nations of the world standing foursquare on the principle that G-d governs the affairs of men."[12]

"Billy Graham [said,] 'We have dropped our pilot, the Lord Jesus Christ, and are sailing blindly on without divine chart or compass.'"[12]

"[I]t is well that when the pledge of allegiance to the flag is made by every loyal citizen and by the schoolchildren of America, there should be embodied in the pledge our allegiance and faith in Almighty G-d. The addition of the words 'under G-d' will accomplish this purpose."[12]

"[W]hen Francis Bellamy wrote this stirring pledge, the pall of atheism had not yet spread its hateful shadow over the world, and almost everyone acknowledged the dominion of Almighty G-d."[13]

---

[10] S. Rep. No. 1287, 83rd Cong., 2d Sess. 2, reprinted in 100 Cong. Rec. 5, 6231 (May 10, 1954) (Letter of Sen. Homer Ferguson, sponsor of the Senate resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance, to Sen. William Langer, Chairman of the Senate Judiciary Committee, March 10, 1954)

[11] 100 Cong. Rec. 5, 6348 (May 11, 1954) (Sen. Homer Ferguson's explanation of the joint resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance, to Sen. William Langer, Chairman of the Senate Judiciary Committee, March 10, 1954)

[12] 100 Cong. Rec. 5, 6919 (May 20, 1954) (Rep. Homer D. Angell's remarks on the joint resolution to insert the words "under G-d" into the previously secular Pledge of Allegiance)

[13] 100 Cong. Rec. 18 (Appendix), A3448 (May 11, 1954) (Letter entered into the record by Rep. George H. Fallon. This was "[p]assed without a single dissenting vote, and later adopted by the DAR, the Flag House Association, the VFW, the DAV, sections of the American Legion …, incorporated in the pledge at the 'I Am An American Day' … etc., etc.")

"[N]ow that the militant atheistic Red menace is abroad in our land, it behooves us to remind the free people of these United States that they are utterly at the mercy of G-d."[13]

"Now that pagan philosophies have been introduced by the Soviet Union, there is a necessity for reaffirming belief in G-d."[14]

"I appear here today in support of any and all bills that would serve to recognize the power and universality of G-d in our pledge of allegiance."[15]

"The inclusion of G-d in our pledge would acknowledge the dependence of our people, and our Government upon the moral direction and the restraints of religion."[15]

"The significant import of our action today … is that we are officially recognizing once again this Nation's adherence to our belief in a divine spirit, and that henceforth millions of our citizens will be acknowledging this belief every time they pledge allegiance to our flag."[16]

"How fitting that we here today should take action to once more affirm our belief in … the guidance of a divine spirit."[16]

"Once again we are proclaiming to the world that … the flag which flies over our land is a symbol of a nation and of a people under G-d."[16]

"[T]his measure is more than one of passing importance. It goes to the very fundamentals of life and creation. It recognizes that all things which we have in the way of life, liberty, constitutional government, and rights of man are held by us under the divine benediction of the Almighty. There is a hope and a hereafter in these two words and they, of course, should be included in the pledge of allegiance to Old Glory."[17]

"One thing separates free peoples of the Western World from the rabid Communist, and this one thing is a belief in G-d. In adding this one phrase to our pledge of allegiance to our flag, we in effect declare openly that we denounce the pagan doctrine of communism and declare 'under G-d' in favor of free government and a free world."[17]

"Fortify our youth in their allegiance to the flag by their dedication to 'one nation under G-d.'"[18]

---

[14] 100 Cong. Rec. 18 (Appendix), A4066 (May 24, 1954) (Newspaper article from the Malden (Mass.) Press of May 13, 1954, entered into the record by Rep. Angier L. Goodwin.)

[15] 100 Cong. Rec. 6, 7590-7591 (June 2, 1954) (Rep. John R. Pillion's statement provided on May 5, 1954 to Subcommittee No. 5 of the House Committee on the Judiciary.)

[16] 100 Cong. Rec. 6, 7757 (June 7, 1954) (Statement of Rep. Oliver P. Bolton in support of the joint resolution to amend the previously secular Pledge.)

[17] 100 Cong. Rec. 6, 7758 (June 7, 1954) (Statement of Rep. Brooks in support of the joint resolution to amend the previously secular Pledge.)

[18] 100 Cong. Rec. 6, 7759 (June 7, 1954) (Statement of Rep. Louis C. Rabaut in support of the joint resolution to amend the previously secular Pledge.)

"Regaining our reverence for G-d we in America in this 20[th] century can rediscover our own value and the solid basis on which it rests."[19]

"The first sentence of section 7 of the joint resolution (36 U.S.C. sec. 172), as amended, 'one Nation indivisible under G-d,' is a realistic recognition of the theological and philosophical truth – the existence of a Supreme Being."[20]

"When the forces of anti-G-d and antireligion so persistently spread their dangerous and insidious propaganda, it is wholesome for us to have constantly brought to our minds the fact that, mighty and essential as armed strength may be, it is the strength of the spirit and the moral force generated by the righteousness of our cause and the purity of our motives to which we must ultimately look for salvation from destruction and for triumph over the evil forces that best us."[21]

"Faith in G-d … has never been misplaced. House Joint Resolution 243 is a proclamation to all the world and to ourselves, ever to keep us mindful and prayerful, that the United States of America is in truth and in the acknowledged fact, a 'Nation under G-d.'"[22]

"This [is a] victory for G-d and country."[22]

"[The joint resolution] seems to have struck a note of universal approval, indicating an underlying acknowledgement of our indebtedness to G-d and our dependence upon Him."[23]

"At this moment of our history the principles underlying our American Government and the American way of life are under attack by a system that does not believe in G-d. A system that denies the existence of G-d."[23]

"Thus, the inclusion of G-d in our pledge of allegiance rightly and most appropriately acknowledges the dependence of our people and our Government upon that divinity that rules over the destinies of nations as well as individuals."[23]

"The G-d of nations who helped in bringing to a successful conclusion the war of independence, has never ceased to control the destiny of this great Nations, and I trust He never will."[23]

---

[19] 100 Cong. Rec. 6, 7759 (June 7, 1954) (Statement of Rep. Charles G. Oakman in support of the joint resolution to amend the previously secular Pledge.)

[20] 100 Cong. Rec. 6, 7760 (June 7, 1954) (Letter written by the Chairman of the Department of Political Science at the University of Detroit, placed into the record by Rep. Brooks in support of the joint resolution to amend the previously secular Pledge.)

[21] 100 Cong. Rec. 6, 7760 (June 7, 1954) (Statement of Rep. Keating in support of the joint resolution to amend the previously secular Pledge.)

[22] 100 Cong. Rec. 6, 7761-7762 (June 7, 1954) (Statement of Rep. Barratt O'Hara in support of the joint resolution to amend the previously secular Pledge.)

[23] 100 Cong. Rec. 6, 7762-7763 (June 7, 1954) (Statement of Rep. Wolverton in support of the joint resolution to amend the previously secular Pledge.)

"[O]ne of the greatest differences between the free world and the Communists [is] a belief in G-d. The spiritual bankruptcy of the Communists is one of our strongest weapons in the struggle for men's minds and this resolution gives us a new means of using that weapon."[23]

"The use of the phrase 'under G-d' in the pledge of allegiance to the flag sets forth in a mere two words, but, very strong and meaningful words, the fundamental faith and belief of America in the overruling providence of G-d and our dependence at all times upon Him."[23]

"The recitation of this acknowledgement that G-d is the foundation of our Nation will be of incalculable value, all through the years, of ever keeping vividly before our people, including our children who from earliest childhood, pledge their allegiance to the flag, that the real source of our strength in the future, as in the past, is G-d."[23]

"[T]he Government and people of America have recognized the necessity of doing the will of G-d as we see it, and of relying for our strength and welfare on the protection of His divine providence."[24]

"To insert these two words in the pledge … would be the most forceful possible defiance of the militant atheism and 'dialectical materialism' that are identified with Russian and international communism."[24]

"[W]e wish now, with no ambiguity or reservation, to place ourselves under the rule and care of G-d."[24]

"We Members of Congress … felt and acted on the popular urge to give expression to the conviction that our deliberations should be publicly and tangibly submitted to the guidance of G-d."[24]

"[W]e do well to once more publicly and officially affirm our faith."[25]

"[O]ur citizenship is of no real value to us unless our hearts speak in accord with our lips; and unless we can open our souls before G-d and before Him conscientiously say, 'I am an American.'"[26]

"G-d is the symbol of liberty to America."[26]

"The amendment to the pledge of allegiance to the flag, by inserting the words 'under G-d,' is a simple device by which we can verbally proclaim our intense desire to continue this land as 'one Nation, under G-d, indivisible.'"[26]

---

[24] 100 Cong. Rec. 6, 7763-7764 (June 7, 1954) (Statement of Rep. Peter W. Rodino, Jr. in support of the joint resolution to amend the previously secular Pledge. Amazingly, included in this statement were the words "I am firmly of the opinion that our Founding Fathers … meant to prevent … any provision of law that could raise one form of religion to a position of preference over others."  )

[25] 100 Cong. Rec. 6, 7764 (June 7, 1954) (Statement of Rep. Oliver P. Bolton in support of the joint resolution to amend the previously secular Pledge.)

[26] 100 Cong. Rec. 6, 7765-7766 (June 7, 1954) (Statement of Rep. Hugh J. Addonizio in support of the joint resolution to amend the previously secular Pledge.)

"[L]iberty, justice, and human equality … are man's own heritage from G-d."[26]

"Never before in our national history have so many diverse groups enjoyed such a complete measure of religious freedom as exists in the United States today. But it is even more inspiring to realize that these religious groups are all working 'under G-d' in their own ways, to help solve the problems which characterize our troubled era."[26]

"A child's belief in spiritual values is beautiful to behold."[26]

"I believe it to be of great importance that we as a Nation recognize a higher power than ourselves in the guidance of our existence. This joint resolution recognizes that we believe there is a Divine Power, and that we, our children, and our children's children should always recognize it."[27]

"I believe we should trust in G-d and we should recognize that G-d is guiding our destiny and the hopes and aspirations of this Nation."[27]

"It is so fitting that we declare to the world, in our position as leader among the sister nations of the earth, our dependence upon Almighty G-d."[28]

"In my experience as a public servant and as a Member of Congress I have never seen a bill which was so noncontroversial in nature or so inspiring in purpose."[29]

"I am proud to have been associated with this effort that produced this legislation which recognizes the importance of divine guidance in our national affairs."[29]

"We see the pledge, as it now stands, as a formal declaration of our duty to serve G-d and our firm reliance, now as in 1776, on the protection of divine providence."[30]

"To put the words 'under G-d' on millions of lips is like running up the believer's flag as the witness of a great nation's faith."[31]

---

[27] 100 Cong. Rec. 6, 7833-7834 (June 8, 1954) (Statement of Sen. Homer Ferguson in support of the joint resolution to amend the previously secular Pledge.)

[28] 100 Cong. Rec. 6, 7935 (June 9, 1954) (Letter from Rep. Louis C. Rabaut to President Eisenhower, informing him of the passage in Congress of the joint resolution to amend the previously secular Pledge.)

[29] 100 Cong. Rec. 6, 7989 (June 10, 1954) (Statement of Rep. Charles G. Oakman recounting the passage of the joint resolution to amend the previously secular Pledge.)

[30] 100 Cong. Rec. 7, 8563 (June 22, 1954) (Statement of Sen. Burke, submitting a resolution to provide for printing of the now sectarian Pledge as a Senate document. Sen. Burke also noted that the resolution adding "under G-d" to the previously secular Pledge "had been passed by House and Senate with no opposition.")

[31] 100 Cong. Rec. 7, 8617-8618 (June 22, 1954) (Statement of Sen. Homer Ferguson, reviewing the meaning of the new law that added "under G-d" to the previously secular Pledge, and recapping the events of that first Flag Day celebration with the new Pledge.)

"[A]s the flag was raised a bugle rang out with the familiar strains of 'Onward, Christian Soldiers!'"[31]

"From this day forward, the millions of our school children will daily proclaim in every city and town, every village and rural schoolhouse, the dedication of our Nation and our people to the Almighty."[32]

"It is my belief that an extensive circulation of these printed copies of the Pledge of Allegiance to the Flag will imprint, indelibly, upon the minds of those who read them, whether they be young or old, that their great Nation, these United States, exists and endures purposefully 'Under G-d.'"[33]

"Freedom in a world faced with this interminable conflict between communism and Christianity will survive only so long as freemen are willing to fight for that precious principle."[34]

"You have learned that you live in a free nation composed of free men and women who are willing to sacrifice all they possess, as did their forefathers, to preserve the Christian principles of a free nation under G-d."[34]

"Today we express … our national dependence upon almighty G-d by pledging, as a nation, our allegiance to the Stars and Stripes."[35]

"Wherever this banner is unfurled there is hope in the hearts of men who believe that G-d created man and destined him to be free."[35]

"[T]he need now is for the Christian ideas to neutralize the preponderance of material know-how. … We cannot afford to capitulate to the atheistic philosophies of g-dless men – we must strive to ever remind the world that this great Nation has been endowed by a creator."[35]

"The sordid records of the divorce courts, of the juvenile delinquency case histories, the tragedy of broken homes, wandering families, of the cheap price put on human life, the old heads on young children, the disrespect for authority, the contempt for law, the chiseling among those in authority, the lack of honor among the citizenry – all of this is the shame of America, the open sores of her secularist spirit."[36]

---

[32] 100 Cong. Rec. 7, 8618 (June 22, 1954) (Statement by President Dwight D. Eisenhower, as reported by Sen. Ferguson.)

[33] 100 Cong. Rec. 7, 8893 (June 24, 1954) (Statement of Rep. Louis C. Rabaut submitting a resolution to provide for printing of the now sectarian Pledge as a House document.)

[34] 101 Cong. Rec. 6, 8073 (June 13, 1955) (From text of address given by Rep. Martin at the joint commissioning ceremonies for Army, Navy and Air Force ROTC graduates at Dartmouth College, June 11, 1955.)

[35] 101 Cong. Rec. 6, 8156 (June 14, 1955) (Rep. Louis C. Rabaut's statement during the 1955 Flag Day ceremonies.)

[36] 101 Cong. Rec. 18 (Appendix), A5920-A5921 (Aug. 2, 1955) (Article submitted by Rep. Louis C. Rabaut, sponsor of the House resolution to insert the words "under G-d" into the previously secular Pledge.)

"If we have no rights under G-d, then America has no purpose of existence. For America is all that she is simply because she recognizes our rights under G-d."[36]

"The further men move from G-d and His principles, the worse it will be for America."[36]

"Our people without G-d would be a people reading the death warrant to real American freedom."[36]

"[The] right to profess G-d-given principles, to practice G-d-given commandments, and to live G-d-ordered lives … is America and will always be America. There is no other pattern of life that can bear this trademark."[36]

"It is time that we really be neighbors in the Christian sense, that we live as neighbors, and have trust one for the other. This is the American way; this is G-d's way."[36]

"Only G-d-fearing men can guarantee to America her greatness, her survival, and her continued blessings."[36]

"As these words are repeated, 'one Nation, under G-d, indivisible, with liberty and justice for all,' we are reminded not only of our dependence upon G-d but likewise the assurance of security that can be ours through reliance upon G-d."[37]

"These words, 'under G-d,' … can be taken as evidence of our faith in that divine source of strength that has meant and always will mean so much to us as a nation."[37]

"Let us never forget that recognition of G-d by this and the other nations of the free world will mean victory and security against the forces of evil that deny G-d. May we, as a nation under G-d, ever recognize Him as the source of our refuge and strength."[37]

"These principles of the worthwhileness of the individual human being are meaningless unless there exists a Supreme Being."[38]

"'Under G-d' in the pledge of allegiance to the flag expresses, aptly and forcefully, a grateful nation's attitude of dependence upon Almighty G-d."[38]

"For under G-d this Nation lives."[38]

"Our political institutions reflect the traditional American conviction of the worthwhileness of the individual human being. That conviction, in turn, is based on our belief that the human person is important because he has been created in the image and likeness of G-d and that he has been endowed by G-d with certain inalienable rights."[38]

---

[37] 100 Cong. Rec. 11, 14918-14919 (Aug. 17, 1954) (Remarks of Rep. Wolverton entitled "One Nation – Under G-d.")
[38] 100 Cong. Rec. 12, 15828-15829 (Aug. 20, 1954) (Remarks of Rep. Louis C. Rabaut, sponsor of the House resolution placing the words "under G-d" into the previously secular Pledge.)

## APPENDIX E

1994 Survey on American Views of the Motto

**1994 SURVEY ON AMERICAN VIEWS OF THE MOTTO**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 94-S-1345

ANNE N. GAYLOR; ANNIE LAURIE GAYLOR; DANIEL E. BARKER; GLENN V. SMITH; JEFF BAYSINGER; LORA ATTWOOD; THE FREEDOM FROM RELIGION FOUNDATION, INC.; and THE COLORADO CHAPTER OF THE FREEDOM FROM RELIGION FOUNDATION, INC.,

Plaintiffs,

v.

THE UNITED STATES OF AMERICA; THE DEPARTMENT OF THE TREASURY; LLOYD W. BENTSEN, SECRETARY OF THE TREASURY; and MARY ELLEN WINTHROW, TREASURER OF THE UNITED STATES;

Defendants.

---

### AFFIDAVIT OF SHARON R. CHAMBERLAIN

---

I, Sharon R. Chamberlain, being duly sworn, do hereby make the following affidavit:

1. I am the President and sole owner of Chamberlain Research Consultants. I have been in the polling business since 1988.

2. Chamberlain Research Consultants (CRC) is an independent, full-service market research firm. We are located at 4801 Forest Run Road in Madison, Wisconsin and have been in

business since 1988. The firm has been solely owned by me since June of 1990; prior to that, it was a branch of Matousek and Associates, where I was a partner.

3.      Wisconsin Interviewing Services (WIS) is the field service owned by CRC. The field service includes a phone bank and focus group facility. WIS is responsible for the actual collection of data. CRC is responsible for research design and analysis. CRC/WIS employs approximately six full-time and 25 to 50 part-time people at any given time.

4.      CRC/WIS clients include: school districts, utility companies, political candidates, lobbyists, restaurants and food manufacturers, trade associations, ad agencies and design firms, marketing firms, insurance companies, government agencies, law firms, new product developers, newspapers, and radio stations.

5.      CRC was contracted by the Freedom From Religion Foundation, Inc. to conduct a poll on the use of the phrase "In God We Trust" as seen on U.S. currency. The poll was conducted with 900 adults across the nation. The number of surveys was chosen to provide a sufficient margin of error, in other words, approximately ±3%.

6.      CRC purchased a random sample telephone list from Scientific Telephone Samples (STS) in California for use in this study. STS was instructed by CRC to draw the numbers proportionately to population across all 50 states. The sample was generated so that unlisted phone numbers were not excluded from the sample.

7.      Quotas were set for gender based on the most recent U.S. Census data available (1990: 52% female, 48% male). The gender constraints were placed on the sample because past experience has shown us that the proportion of women who answer

the telephone is higher than the actual proportion of women in the population.

8. The poll was in the field May 18-23, 1994. All surveys were conducted from a supervised phone bank. Over 10% of the interviews were monitored by a supervisor through our special phone system, and/or called back for transcription verification. Over 10% of the keying-in data entry was also verified.

9. Among the employees of CRC and WIS who assisted with this survey, in addition to me, were: Janeen Potts, Interim Field Service Director; Rob Padley, Supervisor; Ryan Randall, Supervisor; and Nicole Wyrembeck, Senior Analyst.

10. Attached as Exhibit A is the survey form with raw data, exact questions and their responses.

11. This poll establishes that the majority of those surveyed believe that the phrase "In G-d We Trust" is religious, as opposed to non-religious, and endorses a belief in G-d. As for endorsing religion over atheism, almost 11% of the respondents did not choose yes or no. Of those who did give an opinion, the majority agreed that the phrase does endorse religion over atheism.

12. The margin of error for this poll was ±3.22% at the 95% confidence level.

13. This poll was conducted in accordance with generally accepted standards in the industry.

Further, the affiant sayeth not.

Sharon R. Chamberlain

STATE OF WISCONSIN    )
                        ) ss.
COUNTY OF DANE        )

Subscribed and sworn to before me this 14th day of September, 1994.

Jacklyn M. Sande
Notary Public

My commission expires: 2-19-97

MOTTO TEST: Raw Data

Job # 132
May 18-23, 1994                                    Sex: Male     Female
Sample Size = 900                                          48%      52%
Margin of Error = ±3.22%

**************************************

Hello, this is _____ from Chamberlain Research. Tonight we're doing a one minute survey with people across the nation. Am I speaking with someone who is over the age of 18?   (If not, ask to speak with someone who is, terminate if none)

The United States is currently working on redesigning US currency. The topic of my three questions is the motto "In G- d We Trust," as seen on US currency.

1.    Is "In G- d We Trust" religious or non-religious?

      Religious.........................................550
                                         61.1%

      Non-religious...................................271
                                         30.1%

      DK...................................................79
                                         8.8%

2.    Does "In G- d We Trust" endorse a belief in G- d?

      Yes...................................................641
                                         71.2%

                                        EXHIBIT A

No.....................................................217
24.1%

DK.....................................................42
4.7%

3.     Does "In G‐ d We Trust" endorse religion over atheism?

Yes...................................................480
53.3%

No.....................................................322
35.8%

DK.....................................................98
10.9%

**APPENDIX F**

Statements of Minors Adversely Affected by the
"In  G-d We Trust" Inscriptions

To Whom It May Concern,

I am XXX XXXX, a XX year old kid being raised in XXXX by my mom XXX XXXX.

I have to handle money all the time and I am not old enough to have a credit card, so there is no other option for me but to handle money that says In God We Trust.

Sometimes in public school I hear about God a lot. It is in the pledge and I can't say this then either, because I don't believe in that god, and there are lots of other gods. When my teachers talk about money and god in class and we have to count money for math this tells me the government and teachers think atheists and non Christians are wrong and stupid and bad people. This says only their belief in their god that they all trust is right and better, and that I have to believe too or I am not a good student and classmate and a dumb kid and bad person.

This makes people think bad things about me sometimes because I don't trust in their god or won't say the pledge. Sometimes my teachers would make me sit in the hall or yell at me in front of other students for not saying the pledge, and said if I don't have a religion then I have to say it and stand up, my teacher said I was a bad American and not a good patriot. This makes me very sad and kind of angry at adults and the government, I'm just telling the truth, like adults tell us to do all the time, and I'm not dumb or bad, I get very good grades and am a good student, so that hurts my feelings every day at school for my whole life and reminds me every time I have to use money and see in god we trust on it. In god we trust is a lie because only some people in America trust in a god, and the government shouldn't tell lies or make people say things that aren't true. George Washington and Thomas Jefferson wouldn't like what the United States government is doing at all, asking kids to lie about important stuff like this.

I have deeply held beliefs too and mine are as important and special to me as everyone elses, just like American Christian kids beliefs are to them. I believe that my body is inviolable, and that means only I decide what are good things for my body and mind. I use science and logic to make the right decisions about my body, mind,  and the world, and try to be nice and kind to everyone and help people whenever I can. Like a president looks after a country, I am the president of my body. The government won't give me money that doesn't have god things on them, so I have to use their god money and say it is my money, that says things I don't believe in, and forces me to give this message I don't believe in to other people when I give them my money. The government is asking me to pretend that I believe it, they are asking me to lie just so I can use their god money and help them spread a message about a god I don't believe in. The government shouldn't make kids and grown ups says things they don't mean and do bad things that are not right. That is not a good government to make kids like me lie when we are always supposed to tell the truth. I am telling the truth. I am just a good kid who doesn't believe or trust in a god. But I do believe in myself to tell the truth and try to always do the right thing and be a good person. If I make a mistake I try and help fix it and say I'm sorry. I wish the government would try and do the right thing and fix it so kids like me aren't forced to lie when we use money that says we trust in a god when we don't. I would rather not handle this money at all until they remove in god we trust, but I have no choice and that is illegal and not fair to everyone else and against my beliefs.

Please ask the government to stop making kids lie or have everyone hate them as punishment.

Signed,

XXX XXXX

It feels like saying "In God We Trust" on the United States dollar is saying to me that those that believe in god are above others because the one they believe in is on the very currency that runs this country. Also when I'm called on for being an Atheist, they would bring up that topic and say that if god wasn't real then why does the government put him on money. It seems like they view it that Christians are better than everyone else and the whole "freedom of religion" thing isn't acted upon.

I feel as though carrying god's name in my pocket is like when the Romans carried Caesars face on gold coins, or any other ruler or person in high power who had their name (or face) on the currencies of those empires. Those that opposed them or frowned upon their views or treatment had to see that as a reminder that they are in their empire and have to deal with their ruling.

It also is like I'm advertising something I don't believe in, like carrying a bible around and saying I'm an Atheist. It makes me feel like a liar and my parents always taught me that it is wrong to lie about what you believe in.



XXXXXXX XXXXXXX

Plaintiff, Age 7

   My daddy wants me to be proud of my beliefs, but that is very hard when my classroom has a plaque on the wall that lies. It says that I should trust God. The kids in my class want me to believe the way they do and sometimes they bully me. They point at the plaque and laugh at me and even point at their money in the lunch line. I just want people to like me, so I have started to pretend to believe in their God. It feels like I am not given a choice.

**APPENDIX G**

United States Supreme Court
Mentions of "In God We Trust"

## APPENDIX G

## U.S. SUPREME COURT MENTIONS OF "IN G-D WE TRUST"

### Table of Contents

(1)  *Engel v. Vitale*, 370 U.S. 421 (1962)......................................................APP-44

(2)  *Abington School District v. Schempp*, 374 U.S. 203 (1963)..............APP-47

(3)  *Wooley v. Maynard*, 430 U.S. 705 (1977)...........................................APP-48

(4)  *Stone v. Graham*, 449 U.S. 39 (1980).................................................APP-49

(5)  *Marsh v. Chambers*, 463 U.S. 783 (1983) ..........................................APP-50

(6)  *Lynch v. Donnelly*, 465 U.S. 668 (1984).............................................APP-51

(7)  *Regan v. Time, Inc.*, 468 U.S. 641 (1984) ...........................................APP-53

(8)  *County of Allegheny v. ACLU*, 492 U.S. 573 (1989) ..........................APP-54

(9)  *Elk Grove Unified School District v. Newdow*, 542 U.S. 1 (2004) ....APP-56

(10)  *Van Orden v. Perry*, 545 U.S. 677 (2005)............................................APP-57

(11)  *McCreary County v. ACLU*, 545 U.S. 844 (2005)................................APP-58

(12)  *Town of Greece v. Galloway*, 134 S. Ct. 1811 (2014)........................APP-61

**(1)** *Engel v. Vitale*, **370 U.S. 421 (1962)**

370 U.S. at 437 n.1 (Douglas, J., concurring)

It is customary in deciding a constitutional question to treat it in its narrowest form. Yet at times the setting of the question gives it a form and content which no abstract treatment could give. The point for decision is whether the Government can constitutionally finance a religious exercise. Our system at the federal and state levels is presently honeycombed with such financing.[1] Nevertheless, I think it is an unconstitutional undertaking whatever form it takes.

Footnote 1: "There are many 'aids' to religion in this country at all levels of government. To mention but a few at the federal level, one might begin by observing that the very First Congress which wrote the First Amendment provided for chaplains in both Houses and in the armed services. There is compulsory chapel at the service academies, and religious services are held in federal hospitals and prisons. The President issues religious proclamations. The Bible is used for the administration of oaths. N. Y. A. and W. P. A. funds were available to parochial schools during the depression. Veterans receiving money under the 'G. I.' Bill of 1944 could attend denominational schools, to which payments were made directly by the government. During World War II, federal money was contributed to denominational schools for the training of nurses. The benefits of the National School Lunch Act are available to students in private as well as public schools. The Hospital Survey and Construction Act of 1946 specifically made money available to non-public hospitals. The slogan 'In G-d We Trust' is used by the Treasury Department, and Congress recently added G-d to the pledge of allegiance. There is Bible-reading in the schools of the District of Columbia, and religious instruction is given in the District's National Training School for Boys. Religious organizations are exempt from the federal income tax and are granted postal privileges. Up to defined limits -- 15 per cent of the adjusted gross income of individuals and 5 per cent of the net income of corporations -- contributions to religious organizations are deductible for federal income tax purposes. There are no limits to the deductibility of gifts and bequests to religious institutions made under the federal gift and estate tax laws. This list of federal 'aids' could easily be expanded, and of course there is a long list in each state." Fellman, The Limits of Freedom (1959), pp. 40-41.

370 U.S. at 440 n.5 (Douglas, J., concurring)

> What New York does on the opening of its public schools is what each House of Congress[3] does at the opening  [440]  of each day's business.[4] Reverend Frederick B. Harris is Chaplain of the Senate; Reverend Bernard Braskamp is Chaplain of the House. Guest chaplains of various denominations also officiate.[5]

> Footnote 5: It would, I assume, make no difference in the present case if a different prayer were said every day or if the ministers of the community rotated, each giving his own prayer. For some of the petitioners in the present case profess no religion.

> The Pledge of Allegiance, like the prayer, recognizes the existence of a Supreme Being. Since 1954 it has contained the words "one Nation under G-d, indivisible, with liberty and justice for all." 36 U. S. C. § 172. The House Report recommending the addition of the words "under G-d" stated that those words in no way run contrary to the First Amendment but recognize "only the guidance of G-d in our national affairs." H. R. Rep. No. 1693, 83d Cong., 2d Sess., p. 3. And see S. Rep. No. 1287, 83d Cong., 2d Sess. Senator Ferguson, who sponsored the measure in the Senate, pointed out that the words "In G-d We Trust" are over the entrance to the Senate Chamber. 100 Cong. Rec. 6348. He added:

> "I have felt that the Pledge of Allegiance to the Flag which stands for the United States of America should recognize the Creator who we really believe is in control of the destinies of this great Republic.

> "It is true that under the Constitution no power is lodged anywhere to establish a religion. This is not an attempt to establish a religion; it has nothing to do with anything of that kind. It relates to belief in G-d, in whom we sincerely repose our trust. We know that America cannot be defended by guns, planes, and ships alone. Appropriations and expenditures for defense will be of value only if the G-d under whom we live believes that we are in the right. We should at all times recognize G-d's province over the lives of our people and over this great Nation." Ibid. And see 100 Cong. Rec. 7757 et seq. for the debates in the House.

> The Act of March 3, 1865, 13 Stat. 517, 518, authorized the phrase "In G-d We Trust" to be placed on coins. And see 17 Stat. 427. The first mandatory requirement for the use of that motto on coins was made by

the Act of May 18, 1908, 35 Stat. 164. See H. R. Rep. No. 1106, 60th Cong., 1st Sess.; 42 Cong. Rec. 3384 et seq. The use of the motto on all currency and coins was directed by the Act of July 11, 1955, 69 Stat. 290. See H. R. Rep. No. 662, 84th Cong., 1st Sess.; S. Rep. No. 637, 84th Cong., 1st Sess. Moreover, by the Joint Resolution of July 30, 1956, our national motto was declared to be "In G-d We Trust." 70 Stat. 732. In reporting the Joint Resolution, the Senate Judiciary Committee stated:

"Further official recognition of this motto was given by the adoption of the Star-Spangled Banner as our national anthem. One stanza of our national anthem is as follows:

"'O, thus be it ever when freemen shall stand

Between their lov'd home and the war's desolation!

Blest with vict'ry and peace may the heav'n rescued land

Praise the power that hath made and preserved us a nation!

Then conquer we must when our cause it is just,

And this be our motto -- "In G-d is our trust."

And the Star-Spangled Banner in triumph shall wave

O'er the land of the free and the home of the brave.'

"In view of these words in our national anthem, it is clear that 'In G-d we trust' has a strong claim as our national motto." S. Rep. No. 2703, 84th Cong., 2d Sess., p. 2.

370 U.S. at 449 (Stewart, J., concurring)

In 1954 Congress added a phrase to the Pledge of Allegiance to the Flag so that it now contains the words "one Nation under G-d, indivisible, with liberty and justice for all."[6] In 1952 Congress enacted legislation calling upon the President each year to proclaim a National Day of Prayer.[7] Since 1865 the words "IN G-D WE TRUST" have been impressed on our coins.[8]

Footnote 8: 13 Stat. 517, 518; 17 Stat. 427; 35 Stat. 164; 69 Stat. 290. The current provisions are embodied in 31 U. S. C. §§ 324, 324a.

**(2)** *School District of Abington Township v. Schempp*, **374 U.S. 203 (1963)**

374 U.S. at 303 (Brennan, J., concurring)

> [From page 296: It may be helpful for purposes of analysis to group these other practices and forms of accommodation into several rough categories.]

> F. Activities Which, Though Religious in Origin, Have Ceased to Have Religious Meaning. -- As we noted in our Sunday Law decisions, nearly every criminal law on the books can be traced to some religious principle or inspiration. But that does not make the present enforcement of the criminal law in any sense an establishment of religion, simply because it accords with widely held religious principles. As we said in *McGowan v. Maryland*, 366 U.S. 420, 442, "the 'Establishment' Clause does not ban federal or state regulation of conduct whose reason or effect merely happens to coincide or harmonize with the tenets of some or all religions." This rationale suggests that the use of the motto "In G-d We Trust" on currency, on documents and public buildings and the like may not offend the clause. It is not that the use of those four words can be dismissed as "de minimis" -- for I suspect there would be intense opposition to the abandonment of that motto. The truth is that we have simply interwoven the motto so deeply into the fabric of our civil polity that its present use may well not present that type of involvement which the First Amendment prohibits.

**(3)** *Wooley v. Maynard*, 430 U.S. 705 (1977)

430 U.S. at 717 n.15 (Burger, C.J., majority opinion)

We conclude that the State of New Hampshire may not require appellees to display the state motto[15] upon their vehicle license plates; and, accordingly, we affirm the judgment of the District Court.

Footnote 15: It has been suggested that today's holding will be read as sanctioning the obliteration of the national motto, "In G-d We Trust" from United States coins and currency. That question is not before us today but we note that currency, which is passed from hand to hand, differs in significant respects from an automobile, which is readily associated with its operator. Currency is generally carried in a purse or pocket and need not be displayed to the public. The bearer of currency is thus not required to publicly advertise the national motto.

430 U.S. at 722 (Rehnquist, J., dissenting)

The logic of the Court's opinion leads to startling, and I believe totally unacceptable, results. For example, the mottoes "In G-d We Trust" and "E Pluribus Unum" appear on the coin and currency of the United States. I cannot imagine that the statutes, see 18 U.S.C. §§ 331 and 333, proscribing defacement of United States currency impinge upon the First Amendment rights of an atheist. The fact that an atheist carries and uses United States currency does not, in any meaningful sense, convey any affirmation of belief on his part in the motto "In G-d We Trust." Similarly, there is no affirmation of belief involved in the display of state license tags upon the private automobiles involved here.

**(4) Stone v. Graham, 449 U.S. 39 (1980)**

449 U.S. at 45 (Rehnquist, J., dissenting)

The Court rejects the secular purpose articulated by the State because the Decalogue is "undeniably a sacred text," ante, at 41. It is equally undeniable, however, as the elected representatives of Kentucky determined, that the Ten Commandments have had a significant impact on the development of secular legal codes of the Western World. The trial court concluded that evidence submitted substantiated this determination. App. to Pet. for Cert. 38. See also *Anderson v. Salt Lake City Corp.*, 475 F.2d 29, 33 (CA10 1973) (upholding construction on public land of monument inscribed with Ten Commandments because they have "substantial secular attributes"). Certainly the State was permitted to conclude that a document with such secular significance should be placed before its students, with an appropriate statement of the document's secular import. See id., at 34 ("It does not seem reasonable to require removal of a passive monument, involving no compulsion, because its accepted precepts, as a foundation for law, reflect the religious nature of an ancient era").[2] See also Opinion of the Justices, 108 N. H. 97, 228 A. 2d 161 (1967) (upholding placement of plaques with the motto "In G-d We Trust" in public schools).

**(5)** *Marsh v. Chambers*, 463 U.S. 783 (1983)

463 U.S. at 818 (Brennan, J., dissenting)

Of course, the Court does not rely entirely on the practice of the First Congress in order to validate legislative prayer. There is another theme which, although implicit, also pervades the Court's opinion. It is exemplified by the Court's comparison of legislative prayer with the formulaic recitation of "G-d save the United States and this Honorable Court." Ante, at 786. It is also exemplified by the Court's apparent conclusion that legislative prayer is, at worst, a "'mere shadow'" on the Establishment Clause rather than a "'real threat'" to it. Ante, at 795, quoting *Schempp*, supra, at 308 (Goldberg, J., concurring). Simply put, the Court seems to regard legislative prayer as at most a de minimis violation, somehow unworthy of our attention. I frankly do not know what should be the proper disposition of features of our public life such as "G-d save the United States and this Honorable Court," "In G-d We Trust," "One Nation Under G-d," and the like. I might well adhere to the view expressed in Schempp that such mottos are consistent with the Establishment Clause, not because their import is de minimis, but because they have lost any true religious significance. 374 U.S., at 303-304 (BRENNAN, J., concurring). Legislative invocations, however, are very different.

**(6)** *Lynch v. Donnelly*, 465 U.S. 668 (1984)

465 U.S. at 676 (Burger, C.J., majority opinion)

Other examples of reference to our religious heritage are found in the statutorily prescribed national motto "In G-d We Trust," 36 U. S. C. § 186, which Congress and the President mandated for our currency, see 31 U. S. C. § 5112(d)(1) (1982 ed.), and in the language "One nation under G-d," as part of the Pledge of Allegiance to the American flag. That pledge is recited by many thousands of public school children -- and adults -- every year.

465 U.S. at 693 (O'Connor, J., concurring)

These features combine to make the government's display of the creche in this particular physical setting no more an endorsement of religion than such governmental "acknowledgments"  [693]  of religion as legislative prayers of the type approved in *Marsh v. Chambers*, 463 U.S. 783 (1983), government declaration of Thanksgiving as a public holiday, printing of "In G-d We Trust" on coins, and opening court sessions with "G-d save the United States and this honorable court." Those government acknowledgments of religion serve, in the only ways reasonably possible in our culture, the legitimate secular purposes of solemnizing public occasions, expressing confidence in the future, and encouraging the recognition of what is worthy of appreciation in society. For that reason, and because of their history and ubiquity, those practices are not understood as conveying government approval of particular religious beliefs. The display of the creche likewise serves a secular purpose -- celebration of a public holiday with traditional symbols. It cannot fairly be understood to convey a message of government endorsement of religion. It is significant in this regard that the creche display apparently caused no political divisiveness prior to the filing of this lawsuit, although Pawtucket had incorporated the creche in its annual Christmas display for some years. For these reasons, I conclude that Pawtucket's display of the creche does not have the effect of communicating endorsement of Christianity.

465 U.S. at 714 and 716 (Brennan, J., dissenting).

Although the Court's relaxed application of the Lemon test to Pawtucket's creche is regrettable, it is at least understandable and properly limited to the particular facts of this case. The Court's opinion, however, also sounds a broader  [714]  and more troubling theme. Invoking the celebration of Thanksgiving as a public holiday, the legend "In G-d We Trust" on our coins, and the proclamation "G-d save the United States and this Honorable Court" at the opening of judicial sessions, the Court asserts, without explanation, that Pawtucket's inclusion of a creche in its annual Christmas display poses no more of a threat to Establishment Clause values than these other official "acknowledgments" of religion. Ante, at 674-678, 685-686; see also ante, at 692-693 (O'CONNOR, J., concurring).

…

Finally, we have noted that government cannot be completely prohibited from recognizing in its public actions the religious beliefs and practices of the American people as an aspect of our national history and culture. See *Engel v. Vitale*, supra, at 435, n. 21; *Schempp*, supra, at 300-304 (BRENNAN, J., concurring). While I remain uncertain about these questions, I would suggest that such practices as the designation of "In G-d We Trust" as our national motto, or the references to G-d contained in the Pledge of Allegiance to the flag can best be understood, in Dean Rostow's apt phrase, as a form a "ceremonial deism," 24 protected from Establishment Clause scrutiny chiefly because they have lost through rote repetition any significant religious content. See *Marsh v. Chambers*, 463 U.S., at 818 (BRENNAN, J., dissenting).  [717]  Moreover, these references are uniquely suited to serve such wholly secular purposes as solemnizing public occasions, or inspiring commitment to meet some national challenge in a manner that simply could not be fully served in our culture if government were limited to purely nonreligious phrases. Cf. *Schempp*, supra, at 265 (BRENNAN, J., concurring). The practices by which the government has long acknowledged religion are therefore probably necessary to serve certain secular functions, and that necessity, coupled with their long history, gives those practices an essentially secular meaning.

**(7)** *Regan v. Time, Inc.*, **468 U.S. 641 (1984)**

468 U.S. at 683 (Brennan, J., concurring and dissenting)

"[Equally] banned by the statute are a Polaroid snapshot of a child proudly displaying his grandparent's birthday gift of a $ 20 bill; a green, six-foot enlargement of the portrait of George Washington on a $ 1 bill, used as theatrical scenery by a high school drama club; a copy of the legend, 'In G-d We Trust', on the leaflets distributed by those who oppose Federal aid to finance abortions; and a three-foot by five-foot placard bearing an artist's rendering of a 'shrinking' dollar bill, borne by a striking worker  [684]  to epitomize his demand for higher wages in a period of inflation." Brief for Appellee 5-6.

**(8)** *County of Allegheny v. ACLU*, **492 U.S. 573 (1989)**

492 U.S. at 602 (Blackmun, J., plurality opinion)

In *Marsh*, the Court relied specifically on the fact that Congress authorized legislative prayer at the same time that it produced the Bill of Rights. See n. 46, supra. Justice Kennedy, however, argues that Marsh legitimates all "practices with no greater potential for an establishment of religion" than those "accepted traditions dating back to the Founding." Post, at 670, 669. Otherwise, the Justice asserts, such practices as our national motto ("In G-d We Trust") and our Pledge of Allegiance (with the phrase "under G-d," added in 1954, Pub. L. 396, 68 Stat. 249) are in danger of invalidity.

Our previous opinions have considered in dicta the motto and the pledge, characterizing them as consistent with the proposition that government may not communicate an endorsement  [603]  of religious belief. *Lynch*, 465 U.S., at 693 (O'Connor, J., concurring); id., at 716-717 (Brennan, J., dissenting). We need not return to the subject of "ceremonial deism," see n. 46, supra, because there is an obvious distinction between creche displays and references to G-d in the motto and the pledge. HN12 However history may affect the constitutionality of nonsectarian references to religion by the government, 52 history cannot legitimate practices that demonstrate the government's allegiance to a particular sect or creed.

492 U.S. at 625 (O'Connor, J., concurring)

I joined the majority opinion in *Lynch* because, as I read that opinion, it was consistent with the analysis set forth in my separate concurrence, which stressed that "[e]very government  [625]  practice must be judged in its unique circumstances to determine whether it constitutes an endorsement or disapproval of religion." Id., at 694 (emphasis added). Indeed, by referring repeatedly to "inclusion of the creche" in the larger holiday display, id., at 671, 680-682, 686, the *Lynch* majority recognized that the creche had to be viewed in light of the total display of which it was a part. Moreover, I joined the Court's discussion in Part II of Lynch concerning government acknowledgments of religion in American life because, in my view, acknowledgments such as the legislative prayers upheld in *Marsh v. Chambers*, 463 U.S. 783 (1983), and the printing of "In G-d We Trust" on

our coins serve the secular purposes of "solemnizing public occasions, expressing confidence in the future, and encouraging the recognition of what is worthy of appreciation in society." *Lynch*, 465 U.S., at 693 (concurring opinion). Because they serve such secular purposes and because of their "history and ubiquity," such government acknowledgments of religion are not understood as conveying an endorsement of particular religious beliefs. Ibid. At the same time, it is clear that "[g]overnment practices that purport to celebrate or acknowledge events with religious significance must be subjected to careful judicial scrutiny." Id., at 694.

492 U.S. at 673 (Kennedy, J., concurring and dissenting).

The United States Code itself contains religious references that would be suspect under the endorsement test. Congress has directed the President to "set aside and proclaim a suitable day each year . . . as a National Day of Prayer, on which the people of the United States may turn to G-d in prayer and meditation at churches, in groups, and as individuals." 36 U.S.C. § 169h. This statute does not require anyone to pray, of course, but it is a straightforward endorsement of the concept of "turn[ing] to G-d in prayer." Also by statute, the Pledge of Allegiance to the Flag describes the United States as "one Nation under G-d." 36 U.S.C. § 172.  [673]  To be sure, no one is obligated to recite this phrase, see *West Virginia State Board of Education v. Barnette*, 319 U.S. 624 (1943), but it borders on sophistry to suggest that the "'reasonable'" atheist would not feel less than a "'full membe[r] of the political community'" every time his fellow Americans recited, as part of their expression of patriotism and love for country, a phrase he believed to be false. Likewise, our national motto, "In G-d we trust," 36 U.S.C. § 186, which is prominently engraved in the wall above the Speaker's dias in the Chamber of the House of Representatives and is reproduced on every coin minted and every dollar printed by the Federal Government, 31 U.S.C. §§ 5112(d)(1), 5114(b), must have the same effect.

**(9)** *Elk Grove Unified School District v. Newdow*, **542 U.S. 1 (2004)**

542 U.S. at 29 (Rehnquist, C.J., concurring)

> [From page 26: Examples of patriotic invocations of G-d and official acknowledgments of religion's role in our Nation's history abound.]

> The motto "In G-d we Trust" first appeared on the country's coins during the Civil War. Secretary of the Treasury Salmon P. Chase, acting under the authority of an Act of Congress passed in 1864, prescribed that the motto should appear on the two cent coin. The motto was placed on more and more denominations, and since 1938 all United States coins bear the motto. Paper currency followed suit at a slower pace; Federal Reserve notes were so inscribed during the decade of the 1960's. Meanwhile, in 1956, Congress declared that the motto of the United States would be "In G-d We Trust." Act of July 30, 1956, ch. 795, 70 Stat. 732.

542 U.S. at 37 (O'Connor, J., concurring)

> There are no de minimis violations of the Constitution--no constitutional harms so slight that the courts are obliged  [37]  to ignore them. Given the values that the Establishment Clause was meant to serve, however, I believe that government can, in a discrete category of cases, acknowledge or refer to the divine without offending the Constitution. This category of "ceremonial deism" most clearly encompasses such things as the national motto ("In G-d We Trust"), religious references in traditional patriotic songs such as The Star-Spangled Banner, and the words with which the Marshal of this Court opens each of its sessions ("G-d save the United States and this honorable Court"). See *Allegheny*, 492 U.S., at 630, 106 L. Ed. 2d 472, 109 S. Ct. 3086 (O'Connor, J., concurring in part and concurring in judgment). These references are not minor trespasses upon the Establishment Clause to which I turn a blind eye. Instead, their history, character, and context prevent them from being constitutional violations at all.

**(10)** *Van Orden v. Perry*, **545 U.S. 677 (2005)**

545 U.S. at 716 (Stevens, J., dissenting)

The reason this message stands apart is that the Decalogue is a venerable religious text.[14] As we held 25 years ago, it is beyond dispute that "[t]he Ten Commandments are undeniably a sacred text in the Jewish and Christian faiths." *Stone v. Graham*, 449 U.S. 39, 41, 66 L. Ed. 2d 199, 101 S. Ct. 192 (1980) (per curiam). For many followers, the Commandments represent the literal word of G-d as spoken to Moses and repeated to his followers after descending from Mount Sinai. The message conveyed by the Ten Commandments thus cannot be analogized to an appendage to a common article of commerce ("In G-d we Trust") or an incidental part of a familiar recital ("G-d save the United States and this honorable Court"). Thankfully, the plurality does not attempt to minimize the religious significance of the Ten Commandments. Ante, at 690, 162 L. Ed. 2d, at 619 ("Of course, the Ten Commandments are religious--they were so viewed at their inception and so remain"); ante, at 692, 162 L. Ed. 2d, at 620 (Thomas, J., concurring); see also *McCreary County v.* [717] *American Civil Liberties Union of Ky.*, post, at 909, 162 L. Ed. 2d 729, 125 S. Ct. 2722 (Scalia, J., dissenting). Attempts to secularize what is unquestionably a sacred text defy credibility and disserve people of faith.

**(11)** *McCreary County v. ACLU*, 545 U.S. 844 (2005)

545 U.S. at 854 (Souter, J., majority opinion)

As directed by the resolutions, the Counties expanded the displays of the Ten Commandments in their locations, presumably along with copies of the resolution, which instructed that it, too, be posted, id., at 9. In addition to the first display's large framed copy of the edited King James version of the Commandments,[4] the second included eight other documents in smaller frames, each either having a religious  [854]  theme or excerpted to highlight a religious element. The documents were the "endowed by their Creator" passage from the Declaration of Independence; the Preamble to the Constitution of Kentucky; the national motto, "In G-d We Trust"; a page from the Congressional Record of February 2, 1983, proclaiming the Year of the Bible and including a statement of the Ten Commandments; a proclamation by President Abraham Lincoln designating April 30, 1863, a National Day of Prayer and Humiliation; an excerpt from President Lincoln's "Reply to Loyal Colored People of Baltimore upon Presentation of a Bible," reading that "[t]he Bible is the best gift G-d has ever given to man"; a proclamation by President Reagan marking 1983 the Year of the Bible; and the Mayflower Compact. 96 F. Supp. 2d, at 684; 96 F. Supp. 2d, at 695-696.

545 U.S. *at* 889 (Scalia, J., dissenting)

Nor have the views of our people on this matter significantly changed. Presidents continue to conclude the Presidential oath with the words "so help me G-d." Our legislatures, state and national, continue to open their sessions with prayer led by official chaplains. The sessions of this Court continue to open with the prayer "G-d save the United States and this Honorable Court." Invocation of the Almighty by our public figures, at all levels of government,  [889]  remains commonplace. Our coinage bears the motto, "IN G-D WE TRUST." And our Pledge of Allegiance contains the acknowledgment that we are a Nation "under G-d." As one of our Supreme Court opinions rightly observed, "We are a religious people whose institutions presuppose a Supreme Being." *Zorach v. Clauson*, 343 U.S. 306, 313, 96 L. Ed. 954, 72 S. Ct. 679 (1952), repeated with approval in *Lynch v. Donnelly*, 465 U.S. 668, 675, 79 L. Ed. 2d 604, 104 S. Ct. 1355

(1984); *Marsh*, 463 U.S., at 792, 77 L. Ed. 2d 1019, 103 S. Ct. 3330; *Abington Township*, supra, at 213, 10 L. Ed. 2d 844, 83 S. Ct. 1560.

With all of this reality (and much more) staring it in the face, how can the Court possibly assert that "'the First Amendment mandates governmental neutrality between . . . religion and nonreligion,'" ante, at ____, 162 L. Ed. 2d, at ____, and that "[m]anifesting a purpose to favor . . . adherence to religion generally," ante, at ____, 162 L. Ed. 2d, at ____, is unconstitutional? Who says so? Surely not the words of the Constitution. Surely not the history and traditions that reflect our society's constant understanding of those words. Surely not even the current sense of our society, recently reflected in an Act of Congress adopted unanimously by the Senate and with only five nays in the House of Representatives, see 148 Cong. Rec. 12041/S6226 (June 28, 2002); id., at 19518/H7186 (Oct. 8, 2002), criticizing a Court of Appeals opinion that had held "under G-d" in the Pledge of Allegiance unconstitutional. See Act of Nov. 13, 2002, §§ 1(9), 2(a), 3(a), 116 Stat. 2057, 2058, 2060-2061 (reaffirming the Pledge of Allegiance and the National Motto ("In G-d We Trust") and stating that the Pledge of Allegiance is "clearly consistent with the text and intent of the Constitution"). Nothing stands behind the Court's assertion that governmental affirmation of the society's belief in G-d is unconstitutional except the Court's own say-so, citing as support only the unsubstantiated say-so of earlier Courts going back no further than the mid-20th century. See ante, at ____, 162 L. Ed. 2d, at ____, citing *Corporation of Presiding Bishop of Church of Jesus Christ of Latter-day Saints v. Amos*, 483 U.S. 327, 335, 97 L. Ed. 2d 273, 107 S. Ct. 2862 (1987), in turn citing *Lemon v. Kurtzman*, 403 U.S. 602, 612, 29 L. Ed. 2d 745, 91 S. Ct. 2105 (1971), in [890] turn citing *Board of Ed. of Central School Dist. No. 1 v. Allen*, 392 U.S. 236, 243, 20 L. Ed. 2d 1060, 88 S. Ct. 1923 (1968), in turn quoting *Abington Township*, 374 U.S., at 222, 10 L. Ed. 2d 844, 83 S. Ct. 1560, in turn citing *Everson v. Board of Ed. of Ewing*, 330 U.S. 1, 15, 91 L. Ed. 711, 67 S. Ct. 504 (1947). 2 And it is, moreover, a thoroughly discredited say-so. It is discredited, to begin with, because a majority of the Justices on the current Court (including at least one Member of today's majority) have, in separate opinions, repudiated the brain-spun "Lemon test" that embodies the supposed principle of neutrality between religion and irreligion. See *Lamb's Chapel v. Center Moriches Union Free School Dist.*, 508 U.S. 384, 398-399, 124 L. Ed. 2d 352, 113 S. Ct. 2141 (1993) (Scalia, J., concurring in judgment) (collecting criticism of *Lemon*); *Van*

*Orden*, ante, at ____, ____, 162 L. Ed. 2d ____, 125 S. Ct. ____(Thomas, J., concurring); *Board of Ed. of Kiryas Joel Village School Dist. v. Grumet*, 512 U.S. 687, 720, 129 L. Ed. 2d 546, 114 S. Ct. 2481 (1994) (O'Connor, J., concurring in part and concurring in judgment); *County of Allegheny v. American Civil Liberties Union, Greater Pittsburgh Chapter*, 492 U.S. 573, 655-656, 672-673, 106 L. Ed. 2d 472, 109 S. Ct. 3086 (1989) (Kennedy, J., concurring in judgment in part and dissenting in part); *Wallace*, 472 U.S., at 112, 86 L. Ed. 2d 29, 105 S. Ct. 2479 (Rehnquist, J., dissenting); see also *Committee for Public Ed. and Religious Liberty v. Regan*, 444 U.S. 646, 671, 63 L. Ed. 2d 94, 100 S. Ct. 840 (1980) (Stevens, J., dissenting) (disparaging "the sisyphean task of trying to patch together the 'blurred, indistinct, and variable barrier' described in Lemon"). And it is discredited because the Court has not had the courage (or the foolhardiness) to apply the neutrality principle consistently.

545 U.S. *at* 903 (Scalia, J., dissenting)

Entitled "The Foundations of American Law and Government Display," each display consisted of nine equally sized documents: the original version of the Magna Carta, the Declaration of Independence, the Bill of Rights, the Star Spangled Banner, the Mayflower Compact of 1620, a picture of Lady Justice, the National Motto of the United States ("In G-d We Trust"), the Preamble to the Kentucky Constitution, and the Ten Commandments. The displays did not emphasize any of the nine documents in any way: The frame holding the Ten Commandments was of the same size and had the  [904]  same appearance as that which held each of the other documents. See 354 F.3d 438, 443 (CA6 2003).

**(12)** ***Town of Greece v. Galloway***, **134 S. Ct. 1811 (2014)**

134 S. Ct. at 1832-33 (Alito, J., concurring opinion)

The First Continental Congress convened in Philadelphia, and the need for the 13 colonies to unite was imperative. But "[m]any things set colony apart from colony," and prominent among these sources of division was religion.[7] "Purely as a practical matter," however, the project of bringing the colonies together required that these divisions be overcome.[8]

Footnote 8: N. Cousins, In G-d We Trust: The Religious Beliefs and Ideas of the American Founding Fathers 4-5, 13 (1958).