| | |
|---|---|
| Michael Newdow<br>*Pro hac vice*<br>2985 Lakeshore Blvd<br>Upper Lake, CA  95485<br>(626) 532-7694<br>NewdowLaw@gmail.com<br><br>Thomas M. Horwitz<br>1991 Crocker Road, Suite 600<br>Westlake, OH  44145<br>(440) 892-3331<br>tmh@horwitzlpa.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**Civil Action No. 5:16-cv-00059**

AMENDED COMPLAINT – APPENDIX B

NEW DOE CHILD #1; NEW DOE CHILD #2; NEW DOE PARENT; NEW ROE CHILD #1; NEW ROE CHILD #2; NEW ROE PARENT; NEW POE CHILD; NEW POE PARENT; NEW COE CHILD; NEW COE PARENT; NEW BOE CHILD; NEW BOE PARENT; NEW HOE CHILD #1; NEW HOE CHILD #2; NEW HOE PARENT #1; NEW HOE PARENT #2; HOLLY HUBER; MITCHELL KAHLE; BERNARD KLEIN; MARNI HUEBNER-TIBORSKY; LOREN MILLER; MARTIN MAIER; MICHAEL HOWARD; LARRY KNIGHT; DEVIN KUCHYNKA; TRACEY MARTIN; MARK PETRICCA; BEVERLY SHAPIRO; RON THOMAS; DEREK ROSE; GEORGE SHIFFER; NANCY DOLLARD; DENNIS ROSENBLUM; JOSEPH MILON; SALVATORE SALERNO; JESSICA MCQUARTER; SUSAN CARRIER; SARAH MAXWELL; STUART CHISHOLM; MICHAEL MARTINEZ; ADAM CLAYMAN; MICHIGAN ATHEISTS; NORTHERN OHIO FREETHOUGHT SOCIETY;

                                                             Plaintiffs,

v.

THE CONGRESS OF THE UNITED STATES OF AMERICA; THE UNITED STATES OF AMERICA; JACOB J. LEW, SECRETARY OF THE TREASURY; RHETT JEPPSON, PRINCIPAL DEPUTY DIRECTOR, UNITED STATES MINT; LEONARD R. OLIJAR, DIRECTOR, BUREAU OF ENGRAVING AND PRINTING;

                                                             Defendants.

# LIST OF APPENDICES

**APPENDIX A**

    H.R. REPORT 271 (1830) (SUNDAY MAIL DELIVERY) ....................... APP-02

**APPENDIX B**

    **JUSTICE WILLIAM STRONG'S 1873 STATEMENT.........................APP-11**

**APPENDIX C**

    CONGRESSIONAL RECORD (CIRCA 1955) ......................................... APP-14

**APPENDIX D**

    SELECTED EXCERPTS FROM THE CONGRESSIONAL RECORD .... APP-21

**APPENDIX E**

    1994 SURVEY: AMERICAN VIEWS OF "IN G-D WE TRUST" ............ APP-31

**APPENDIX F**

    SAMPLE LETTERS FROM MINORS ...................................................... APP-38

**APPENDIX G**

    SUPREME COURT REFERENCES TO "IN G-D WE TRUST" ............... APP-42

## APPENDIX B

U.S. Supreme Court Associate Justice William Strong's
"Call for a National Convention"

BookReaderImages.php %d×%d pixels

# PROCEEDINGS

OF THE

# NATIONAL CONVENTION,

NEW YORK,

FEBRUARY 26 AND 27, 1873.

This Convention of the friends of the movement to secure the Religious Amendment of the Constitution of the United States, met in the Large Hall of the Cooper Institute, on Wednesday, February 26, at two o'clock, P. M. The call, in response to which the Convention assembled, was as follows:

### CALL FOR A NATIONAL CONVENTION.

THE QUESTION of the Bible in the Public Schools, of Sabbath Laws, and many similar questions, are now demanding attention and decisive settlement. Shall the Nation preserve the Christian features of its life? This is rapidly becoming the issue of our day.

Many thoughtful citizens view with deep concern the assaults now being made on everything of a Christian character in our civil institutions. Not only time-serving politicians and irreligious men, but eminent officers of government, and leaders among Christians, accepting the false theory that government has nothing to do with religion, coöperate in these assaults.

An appeal against the Bible in the Common Schools now lies before the Supreme Court of Ohio. It will come up for adjudication, in its regular order, sometime this winter, when a determined effort will be made to overturn the present noble school system of that State.

The Superintendent of Public Instruction of the State of New York has recently decided that the Bible, though assigned an honorable place in the State system of education when first established, and actually used for sixty years, can no longer be legally read during regular hours in any school of the State. Armed with authoritative decisions like this, the enemies of the Bible certainly will succeed unless the friends of our Common Schools awake to the dangers that threaten them, and take prompt and adequate action.

2      PROCEEDINGS OF THE NATIONAL CONVENTION.

In order successfully to repel their assaults, the assailants must be met at their own point of attack. They assail the Bible in the Schools, Sabbath Laws, Laws against Polygamy, and every similar element of our Christian civilization, on the ground of their inconsistency with the Constitution of the United States, which acknowledges neither G-d nor the Bible, and with which everything in the actual administration of the Government should harmonize.

What shall be done? This is the momentous question now forcing itself upon the American people. It will not down. It must soon be answered in one of two ways. Which shall it be? Shall we obliterate every Christian feature from existing institutions? Or, shall we make the Constitution explicitly Christian? Shall we thrust out the Bible from our schools to make them conform to the Constitution? Patriotism and true Statesmanship answer, No! But let the acknowledgment of G-d and the Bible be inserted in the Constitution to make it conform to the Common Schools.

The National Association has been formed for the purpose of securing such an amendment to the Constitution as will suitably acknowledge Almighty G-d as the author of the nation's existence and the ultimate source of its authority, Jesus Christ as its Ruler, and the Bible as the fountain of its laws, and thus indicate that this is a Christian nation, and place all Christian laws, institutions, and usages in our government on an undeniable legal basis in the fundamental law of the land. This Association invites all citizens, who favor such an amendment, without distinction of party or creed, to meet in the HALL OF THE COOPER UNION, New York City, on Wednesday, February 26, 1873, at 2 o'clock, P. M.

All such citizens, to whose notice this call may be brought, are requested to hold meetings, and appoint Delegates to the Convention.

         WILLIAM STRONG, U. S. Supreme Court,
                     *President of the National Association.*

         VICE-PRESIDENTS:

His Excellency, JAMES M. HARVEY, *Governor of Kansas.*
His Excellency, SETH PADELFORD, *Governor of Rhode Island.*
The Hon. J. W. MCCLURG, *Ex-Governor of Missouri.*
The Hon. W. H. CUMBACK, *Lieutenant-Governor of Indiana.*
The Hon. WM. MURRAY, *Supreme Court of New York.*
The Hon. M. B. HAGANS, *Superior Court of Cincinnati.*
The Hon. FELIX R. BRUNOT, *Chairman of the Board of Indian Commissioners,*
    Pittsburg, Pa.
JOHN ALEXANDER, Esq., *Philadelphia, Pa.*
CHARLES G. NAZRO, Esq., *Boston, Mass.*
The Hon. THOMAS W. BICKNELL, *Commissioner Public Schools, Rhode Island.*
JAMES W. TAYLOR, Esq., *Newburg, New York.*
Prof. TAYLER LEWIS, LL.D., *Union College, New York.*
EDWARD S. TOBEY, Esq., *Boston.*
RUSSELL STURGIS, Jr., Esq., *Boston.*
The Right Rev. G. T. BEDELL, D.D., *Assistant Bishop of the P. E. Church,*
    *Diocese of Ohio.*
The Right Rev. G. D. CUMMINS, D.D., *Assistant Bishop of the P. E. Church,*
    *Diocese of Kentucky.*
The Rev. C. S. FINNEY, D.D., *formerly President of Oberlin College, Oberlin, O.*
The Rev. F. MERRICK, D D., LL.D., *President of the Ohio University, Delaware, O.*
The Rev. JOSEPH CUMMINGS, D.D., LL.D., *Pres't of the Wesleyan University,*
    *Middletown, Conn.*
The Rev. A. D. MAYO, D.D., *Cincinnati.*