| | |
|---|---|
| Michael Newdow<br>*Pro hac vice*<br>2985 Lakeshore Blvd<br>Upper Lake, CA  95485<br>(626) 532-7694<br>NewdowLaw@gmail.com<br><br>Thomas M. Horwitz<br>1991 Crocker Road, Suite 600<br>Westlake, OH   44145<br>(440) 892-3331<br>tmh@horwitzlpa.com | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**Civil Action No. 5:16-cv-00059**

AMENDED COMPLAINT – APPENDIX C

NEW DOE CHILD #1; NEW DOE CHILD #2; NEW DOE PARENT; NEW ROE CHILD #1; NEW ROE CHILD #2; NEW ROE PARENT; NEW POE CHILD; NEW POE PARENT; NEW COE CHILD; NEW COE PARENT; NEW BOE CHILD; NEW BOE PARENT; NEW HOE CHILD #1; NEW HOE CHILD #2; NEW HOE PARENT #1; NEW HOE PARENT #2; HOLLY HUBER; MITCHELL KAHLE; BERNARD KLEIN; MARNI HUEBNER-TIBORSKY; LOREN MILLER; MARTIN MAIER; MICHAEL HOWARD; LARRY KNIGHT; DEVIN KUCHYNKA; TRACEY MARTIN; MARK PETRICCA; BEVERLY SHAPIRO; RON THOMAS; DEREK ROSE; GEORGE SHIFFER; NANCY DOLLARD; DENNIS ROSENBLUM; JOSEPH MILON; SALVATORE SALERNO; JESSICA MCQUARTER; SUSAN CARRIER; SARAH MAXWELL; STUART CHISHOLM; MICHAEL MARTINEZ; ADAM CLAYMAN; MICHIGAN ATHEISTS; NORTHERN OHIO FREETHOUGHT SOCIETY;

                                                       Plaintiffs,

v.

THE CONGRESS OF THE UNITED STATES OF AMERICA; THE UNITED STATES OF AMERICA; JACOB J. LEW, SECRETARY OF THE TREASURY; RHETT JEPPSON, PRINCIPAL DEPUTY DIRECTOR, UNITED STATES MINT; LEONARD R. OLIJAR, DIRECTOR, BUREAU OF ENGRAVING AND PRINTING;

                                                       Defendants.

# LIST OF APPENDICES

APPENDIX A

    H.R. REPORT 271 (1830) (SUNDAY MAIL DELIVERY) ....................... APP-02

APPENDIX B

    JUSTICE WILLIAM STRONG'S 1873 STATEMENT .............................. APP-11

**APPENDIX C**

    **CONGRESSIONAL RECORD (CIRCA 1955) ......................................APP-14**

APPENDIX D

    SELECTED EXCERPTS FROM THE CONGRESSIONAL RECORD .... APP-21

APPENDIX E

    1994 SURVEY: AMERICAN VIEWS OF "IN G-D WE TRUST" ............ APP-31

APPENDIX F

    SAMPLE LETTERS FROM MINORS ....................................................... APP-38

APPENDIX G

    SUPREME COURT REFERENCES TO "IN G-D WE TRUST" ............... APP-42

## APPENDIX C

Entries Related to Religion
(and (Christian) Monotheism)
in the Congressional Record (1949-1959)

# "RELIGION" ENTRIES
# IN THE INDEX VOLUMES
# OF THE CONGRESSIONAL RECORD
# 1949 - 1959



This bar graph was created by counting the number of entries under the heading "Religion" (and associated terms) in each Index volume of the Congressional Record for the years 1949 through 1959. For the five years from 1949-1953, there was an average of 3.2 entries. For the five years from 1955-1959, the average shot up to 176.6 … a greater than fifty-fold increase!

These data clearly reveal the increased influence and involvement of religion in government (and of government in religion) that occurred contemporaneously with Congress mandating "In G‑d We Trust" on the money and as the national motto. Two hundred sample titles (from 1954-1960) follow, after which are provided ten pages of Congressional Record excerpts. This evidence demonstrates that Congress's activities did not stem from "history" or "patriotism." Rather, the challenged legislation was unquestionably driven by a desire to use the machinery of the state to infuse government and society with the majority's (Christian) monotheistic religious belief.

**SELECTED CONGRESSIONAL RECORD INDEX ENTRIES**
**1954-1960**

(1) Transcript of Back to G-d Program[1]
(2) Celebration, 300 years of Protestantism[2]
(3) Thank G-d for Freedom[3]
(4) City Under G-d[4]
(5) Religion Versus Communism[5]
(6) Threats to Christianity and Democracy[6]
(7) Faith Versus Fear[7]
(8) "Under G-d" this Nation lives[8]
(9) For G-d and Country[9]
(10) Meditation, Christ, our hope[10]
(11) Ninety-first Psalm[11]
(12) Proceedings of Dedicatory Prayer Breakfast[12]
(13) Dedication of Crucifix in Gary, Ind.[13]
(14) Christian in Politics[14]
(15) Christians in Politics[15]
(16) Duty of Christian Politician[16]
(17) Faith in Our Time[17]
(18) Faiths of Our Presidents[18]
(19) Free Government Based on Faith[19]
(20) G-d's Answer to Communism[20]
(21) No Coexistence of Religion and Communism[21]
(22) One Hundred Years of Spiritual Blessing[22]
(23) Strengthening America Under G-d[23]
(24) This Nation Under G-d[24]
(25) We Pray or We Perish[25]
(26) With Faith and Flag They Called It America[26]
(27) Beloved Man of G-d[27]
(28) Christian and Debt[28]
(29) Congressmen Get Prayer Room[29]
(30) Drive to Erect World's Largest Cross[30]
(31) G-d Meant Us To Find Atom[31]
(32) G-d and U.N.[32]
(33) Great Christian[33]
(34) Harvesting Lord's Acre[34]
(35) Has Your Home a Prayer Room?[35]
(36) Our Father's G-d to Thee[36]
(37) Our Prayers Could Change World[37]
(38) President Honored for Religious Aim[38]
(39) What Did Jesus Believe About Wealth?[39]
(40) Who Are Disciples of Christ?[40]
(41) Effect of Spiritual Guidance[41]
(42) I Speak for Christian Citizenship[42]
(43) One Nation Under G-d[43]
(44) Communists versus G-d[44]
(45) Atheists misquote George Washington[45]
(46) G-d: acknowledge in the Constitution[46]
(47) Erection of Giant Cross[47]
(48) Religion in American Life[48]
(49) This I Believe[49]
(50) Christian Impact[50]
(51) Christian Life[51]
(52) Love of Neighbor Is G-d's Guided Missile to Peace[52]
(53) Need for Spiritual Values in These Times[53]
(54) Our Holy Father[54]
(55) Place of G-d In Education[55]
(56) Religion Should Accompany Student[56]
(57) Seeking G-d's Way for World Peace[57]
(58) Spiritual Statesmanship[58]
(59) Spiritual Strength in Cold War[59]
(60) Supplying Education with Religious Spirit[60]
(61) This Nation Under G-d[61]
(62) World Must Choose Between Religion and Ruin[62]
(63) Christian and Jew[63]
(64) Eisenhower Should Lead G-dly Against Reds[64]
(65) Man Who Sees Inside Heaven[65]
(66) Our Home and G-d[66]
(67) Prayer - Exposure to G-d[67]

(68) Religious Illiteracy Is Problem for Home[68]
(69) Supping With Devil[69]
(70) Thanks Be to Providence[70]
(71) The Christian Leader and Politics[71]
(72) Worship and Work[72]
(73) World Day of Prayer[73]
(74) "I Met G-d There"[74]
(75) Christian amendment flier[75]
(76) Bible ABC Verses[76]
(77) Christ Did Not Wear Crown of Thorns To Teach Appeasement[77]
(78) Christianity, Patriotism, and Myth of National Communism[78]
(79) Faith That Built America[79]
(80) Role of Church in American Politics[80]
(81) Unfair Trial of Jesus[81]
(82) Appeal to Churches[82]
(83) Apostolic Blessing[83]
(84) Christian in Politics[84]
(85) Christian Survival at Stake[85]
(86) Church Versus Dictatorships[86]
(87) Convert Russia Through Prayer[87]
(88) Cross Against Sky[88]
(89) Direction of Our Gratitude[89]
(90) Faith Is Target[90]
(91) G-d's Time[91]
(92) Ideas Are G-d's Weapons for New World[92]
(93) Prayer Is Power[93]
(94) Why Not Teach Religion?[94]
(95) Church of Christ[95]
(96) Mobilizing religious influence[96]
(97) Prayer breakfast: proceedings[97]
(98) Amendment to Constitution recognizing G-d[98]
(99) Christian Reformed Church in America[99]
(100) Errors in trial of Jesus[100]
(101) Power of prayer[101]
(102) Proceedings of sixth annual presidential prayer breakfast[102]
(103) Atheistic Character of Communism[103]
(104) Church-Related Colleges[104]
(105) Importance of Easter and Good Friday[105]
(106) Modern Delusions and God's Design[106]
(107) Politics and Christian Service[107]
(108) Antichrists on Prowl[108]
(109) Christ in Marketplace[109]
(110) Churches Under Open Skies[110]
(111) Contemporary Church Heraldry in America[111]
(112) Has My Church Left Me?[112]
(113) Holy Week Holds the Answer[113]
(114) Moses, Prophets, Jesus Fought To Erase Inequality[114]
(115) Opposes Asking God's Aid for United States[115]
(116) 139 Joined Church During Crusade[116]
(117) Presidential Prayer Breakfast[117]
(118) Religious Imperatives and Foreign Aid[118]
(119) Religious Overseas Aid[119]
(120) Uriel, Flame of G-d[120]
(121) World Day of Prayer[121]
(122) Yes; My Church Has Left Me - Thank G-d[122]
(123) Faith of our forefathers[123]
(124) Speak for Christian citizenship[124]
(125) Subsidy for ministers[125]
(126) Voting according to religious precepts[126]
(127) Spiritual faith of our fathers[127]
(128) Catholicism and politics[128]
(129) G-d, peace, and you[129]
(130) Protestantism speaks on justice and integration[130]
(131) Reaffirm Christian faith in Middle East crisis[131]
(132) Essay: Christian Principles and Citizenship[132]
(133) Proceedings at presidential prayer breakfast[133]
(134) Aggressive Secularism Undermining Nation[134]
(135) Can-Do Christians[135]
(136) Catholic President?[136]
(137) Christian Amendment Resolution[137]
(138) Faith[138]
(139) Faith and Learning[139]

(140) For G-d and Country[140]
(141) In Remembrance of Him[141]
(142) Our Religious Heritage[142]
(143) Religion Today[143]
(144) Religious Acknowledgements in Political Documents[144]
(145) Religious Education and Democracy[145]
(146) Spirituality and Prayer: Weapons Against Communism[146]
(147) Ten Commandments[147]
(148) Catholic Can Become President[148]
(149) Catholic in Politics[149]
(150) Christianity or Communism?[150]
(151) Christ United Church of Christ[151]
(152) Christian Philosophy of Civil Government[152]
(153) Everybody Prays at Sholl's[153]
(154) Ex-Coach Blaik Believes in Prayer[154]
(155) Foreign Policy and Christian Conscience[155]
(156) Jesuit Denounces Racism as Pagan[156]
(157) Let's Not Forget Power of Faith[157]
(158) Man Sent From G-d[158]
(159) Our Religious Heritage[159]
(160) Sunday Change Shocks G-d Fearing[160]
(161) Will Science Ever Replace G-d?[161]
(162) G-d and Mr. Dulles[162]
(163) Khrushchev, Nikita: minute of silent prayer to greet[163]
(164) American spiritual values versus Lenin and Marx[164]
(165) Lord's Day Observance[165]
(166) Vaughn Bible Class[166]
(167) We Believe in Prayer[167]
(168) We Pay Taxes for Sin[168]
(169) Lecture: Existence of G-d[169]
(170) Proceedings at Presidential Prayer breakfast[170]
(171) Text on broadcast on Christian amendment[171]
(172) Christian amendment[172]
(173) Christ and Politics[173]
(174) Dedication of "In G-d We Trust" Plaque in Post Offices[174]
(175) Power of Prayer[175]
(176) Union of Church and State[176]
(177) Apostate Clergymen Battle for God-Hating Communist China[177]
(178) Christianity and Capital Punishment[178]
(179) Did G-d Attend the Summit?[179]
(180) Guide to Atheism[180]
(181) How Much G-d Is There in Government[181]
(182) Jesus, the Perfect Man[182]
(183) Millennium of Christianization[183]
(184) Washington's Lady Ambassador for Christ[184]
(185) What Faith in G-d Has Meant to Me[185]
(186) Christian Citizenship[186]
(187) Faith by William Jennings Bryan[187]
(188) Shrine of the Immaculate Conception[188]
(189) Make yourself a rubberstamp for G-d[189]
(190) Religious qualificqations for the Presidency[190]
(191) Spiritual values are our basic need[191]
(192) Revised Standard Version of the Holy Bible: adoption of[192]
(193) World Day of Prayer[193]
(194) Bible: eternal source of strength[194]
(195) Bible: light that illumines the pathway[195]
(196) Good Shepherd and the abundant life[196]
(197) Holy Week[197]
(198) In the beginning G-d[198]
(199) Prayer rooms, U.S. Capitol[199]
(200) Psalm 23[200]

[1] 100-a Cong. Rec. A1204 (1954).
[2] 100-a Cong. Rec. A5288 (1954).
[3] 100-a Cong. Rec. A5674 (1954).
[4] 100-a Cong. Rec. A5519 (1954).
[5] 100-a Cong. Rec. A5569 (1954).
[6] 100-a Cong. Rec. A3187 (1954).
[7] 100-a Cong. Rec. 13977 (1954).
[8] 100-a Cong. Rec. 15828 (1954).
[9] 100-a Cong. Rec. A5879 (1954).
[10] 101-a Cong. Rec. 11120 (1955).
[11] 101-a Cong. Rec. 4767 (1955).
[12] 101-a Cong. Rec. 1212 (1955).
[13] 101-a Cong. Rec. 6264 (1955).
[14] 101-a Cong. Rec. 1698 (1955).
[15] 101-a Cong. Rec. A129 (1955).
[16] 101-a Cong. Rec. 8792 (1955).
[17] 101-a Cong. Rec. A4822 (1955).
[18] 101-a Cong. Rec. A4625 (1955).
[19] 101-a Cong. Rec. A2167 (1955).
[20] 101-a Cong. Rec. A2057 (1955).
[21] 101-a Cong. Rec. 275 (1955).
[22] 101-a Cong. Rec. A505 (1955).
[23] 101-a Cong. Rec. 11111 (1955).
[24] 101-a Cong. Rec. A2982 (1955).
[25] 101-a Cong. Rec. A3247 (1955).
[26] 101-a Cong. Rec. A145 (1955).
[27] 101-a Cong. Rec. A150 (1955).
[28] 101-a Cong. Rec. A2262 (1955).
[29] 101-a Cong. Rec. A836 and A1211 (1955).
[30] 101-a Cong. Rec. 2872 (1955).
[31] 101-a Cong. Rec. 2853 (1955).
[32] 101-a Cong. Rec. A4664 (1955).
[33] 101-a Cong. Rec. A742 (1955).
[34] 101-a Cong. Rec. A1972 (1955).
[35] 101-a Cong. Rec. A5881 (1955).
[36] 101-a Cong. Rec. A2149 (1955).
[37] 101-a Cong. Rec. A786 (1955).
[38] 101-a Cong. Rec. A3368 (1955).
[39] 101-a Cong. Rec. A4210 (1955).
[40] 101-a Cong. Rec. A1953 (1955).
[41] 101-a Cong. Rec. 4942, A2945, A2946, A2987, A2990, A2991, A2996, and A5468 (1955).
[42] 101-a Cong. Rec. A3151 (1955).
[43] 101-a Cong. Rec. A3154 (1955).
[44] 101-a Cong. Rec. 6265 (1955).
[45] 101-a Cong. Rec. 13135 (1955).
[46] 101-a Cong. Rec. 6848 (1955).
[47] 101-a Cong. Rec. 4400 (1955).
[48] 101-a Cong. Rec. 3217 (1955).
[49] 101-a Cong. Rec. 6603 (1955).
[50] 102-a Cong. Rec. A1957 (1956).
[51] 102-a Cong. Rec. A6037 (1956).
[52] 102-a Cong. Rec. A1589 (1956).
[53] 102-a Cong. Rec. A542 (1956).
[54] 102-a Cong. Rec. A4893 (1956).
[55] 102-a Cong. Rec. A2131 (1956).
[56] 102-a Cong. Rec. A2659 (1956).
[57] 102-a Cong. Rec. 2272 (1956).
[58] 102-a Cong. Rec. 4547 (1956).
[59] 102-a Cong. Rec. 9454 (1956).
[60] 102-a Cong. Rec. A4122 (1956).
[61] 102-a Cong. Rec. A3533 and 9277 (1956).
[62] 102-a Cong. Rec. A429 (1956).
[63] 102-a Cong. Rec. A2803 (1956).
[64] 102-a Cong. Rec. A452 (1956).
[65] 102-a Cong. Rec. A5129 (1956).
[66] 102-a Cong. Rec. 6895 (1956).
[67] 102-a Cong. Rec. A1493 (1956).
[68] 102-a Cong. Rec. A1650 (1956).
[69] 102-a Cong. Rec. A5842 and A6209 (1956).
[70] 102-a Cong. Rec. A3960 (1956).
[71] 102-a Cong. Rec. 8031 (1956).
[72] 102-a Cong. Rec. A5366 (1956).
[73] 102-a Cong. Rec. 2751 (1956).
[74] 102-a Cong. Rec. 1519 (1956).
[75] 102-a Cong. Rec. A700 (1956).
[76] 103-a Cong. Rec. A4891 (1957).
[77] 103-a Cong. Rec. A2221 (1957).
[78] 103-a Cong. Rec. A291 (1957).
[79] 103-a Cong. Rec. A4008 (1957).
[80] 103-a Cong. Rec. A4184 (1957).
[81] 103-a Cong. Rec. 8121 (1957).
[82] 103-a Cong. Rec. A4124 (1957).
[83] 103-a Cong. Rec. A45 (1957).
[84] 103-a Cong. Rec. A4236 (1957).
[85] 103-a Cong. Rec. A532 (1957).
[86] 103-a Cong. Rec. A5220 (1957).
[87] 103-a Cong. Rec. A1008 (1957).
[88] 103-a Cong. Rec. A3083 (1957).
[89] 103-a Cong. Rec. A1512 (1957).
[90] 103-a Cong. Rec. A2671 (1957).
[91] 103-a Cong. Rec. A1357 (1957).
[92] 103-a Cong. Rec. A4515 (1957).
[93] 103-a Cong. Rec. A3467 (1957).
[94] 103-a Cong. Rec. A7212 (1957).
[95] 103-a Cong. Rec. A154 (1957).
[96] 103-a Cong. Rec. 8249 (1957).
[97] 103-a Cong. Rec. 2085 (1957).
[98] 103-a Cong. Rec. 234 (1957).
[99] 103-a Cong. Rec. 6128 (1957).

[100] 103-a Cong. Rec. 5848 (1957).
[101] 103-a Cong. Rec. 2452 (1957).
[102] 104-a Cong. Rec. 2192 (1958).
[103] 104-a Cong. Rec. A32 (1958).
[104] 104-a Cong. Rec. A3246 (1958).
[105] 104-a Cong. Rec. A3578 (1958).
[106] 104-a Cong. Rec. A2159 (1958).
[107] 104-a Cong. Rec. 10790 (1958).
[108] 104-a Cong. Rec. A2214 (1958).
[109] 104-a Cong. Rec. A5975 (1958).
[110] 104-a Cong. Rec. A6724 (1958).
[111] 104-a Cong. Rec. A1257 (1958).
[112] 104-a Cong. Rec. A3993 (1958).
[113] 104-a Cong. Rec. A3199 (1958).
[114] 104-a Cong. Rec. A883 (1958).
[115] 104-a Cong. Rec. A2494 (1958).
[116] 104-a Cong. Rec. A690 (1958).
[117] 104-a Cong. Rec. A1119 (1958).
[118] 104-a Cong. Rec. 6283 (1958).
[119] 104-a Cong. Rec. A927 (1958).
[120] 104-a Cong. Rec. A3253 (1958).
[121] 104-a Cong. Rec. A1606 (1958).
[122] 104-a Cong. Rec. A4976 (1958).
[123] 104-a Cong. Rec. A4646 (1958).
[124] 104-a Cong. Rec. A5262 (1958).
[125] 104-a Cong. Rec. A869 (1958).
[126] 104-a Cong. Rec. A7215 (1958).
[127] 104-a Cong. Rec. 18591 (1958).
[128] 104-a Cong. Rec. A7518 (1958).
[129] 104-a Cong. Rec. A3088 (1958).
[130] 104-a Cong. Rec. 1918 (1958).
[131] 104-a Cong. Rec. A7264 (1958).
[132] 105-a Cong. Rec. A4622 (1959).
[133] 105-a Cong. Rec. 4418 (1959).
[134] 105-a Cong. Rec. A8440 (1959).
[135] 105-a Cong. Rec. A1524 (1959).
[136] 105-a Cong. Rec. A5345 (1959).
[137] 105-a Cong. Rec. 6158 (1959).
[138] 105-a Cong. Rec. A174 (1959).
[139] 105-a Cong. Rec. A4918 (1959).
[140] 105-a Cong. Rec. A1966 (1959).
[141] 105-a Cong. Rec. A3369 (1959).
[142] 105-a Cong. Rec. 9499 (1959).
[143] 105-a Cong. Rec. A7022 (1959).
[144] 105-a Cong. Rec. A1125 (1959).
[145] 105-a Cong. Rec. A7057 (1959).
[146] 105-a Cong. Rec. A8446 (1959).
[147] 105-a Cong. Rec. A7354 (1959).
[148] 105-a Cong. Rec. 3482 (1959).
[149] 105-a Cong. Rec. 12008 (1959).
[150] 105-a Cong. Rec. A4465 (1959).
[151] 105-a Cong. Rec. A5375 (1959).
[152] 105-a Cong. Rec. A4536 (1959).
[153] 105-a Cong. Rec. A4718 (1959).
[154] 105-a Cong. Rec. A1529 (1959).
[155] 105-a Cong. Rec. A4653 (1959).
[156] 105-a Cong. Rec. A4950 (1959).
[157] 105-a Cong. Rec. A1278 (1959).
[158] 105-a Cong. Rec. A5186 (1959).
[159] 105-a Cong. Rec. A5838 (1959).
[160] 105-a Cong. Rec. A6542 (1959).
[161] 105-a Cong. Rec. A3542 (1959).
[162] 105-a Cong. Rec. A648 (1959).
[163] 105-a Cong. Rec. 17448 (1959).
[164] 105-a Cong. Rec. 5346 (1959).
[165] 105-a Cong. Rec. A6540 (1959).
[166] 105-a Cong. Rec. A1568 (1959).
[167] 105-a Cong. Rec. A1573 (1959).
[168] 105-a Cong. Rec. A4315 (1959).
[169] 106-a Cong. Rec. 13735 (1960).
[170] 106-a Cong. Rec. 3591 (1960).
[171] 106-a Cong. Rec. A478 and A410 (1960).
[172] 106-a Cong. Rec. A1538 (1960).
[173] 106-a Cong. Rec. A6547 (1960).
[174] 106-a Cong. Rec. A5504 (1960).
[175] 106-a Cong. Rec. 15044 (1960).
[176] 106-a Cong. Rec. A1578 (1960).
[177] 106-a Cong. Rec. A1476 (1960).
[178] 106-a Cong. Rec. A6053 (1960).
[179] 106-a Cong. Rec. A5421 (1960).
[180] 106-a Cong. Rec. A5601 (1960).
[181] 106-a Cong. Rec. 3903 and 9337 (1960).
[182] 106-a Cong. Rec. A3291 (1960).
[183] 106-a Cong. Rec. A2563 (1960).
[184] 106-a Cong. Rec. A404 (1960).
[185] 106-a Cong. Rec. 17414 (1960).
[186] 106-a Cong. Rec. A3910 (1960).
[187] 106-a Cong. Rec. 6744 (1960).
[188] 106-a Cong. Rec. A170 (1960).
[189] 106-a Cong. Rec. A5895 (1960).
[190] 106-a Cong. Rec. A5673 (1960).
[191] 106-a Cong. Rec. A6441 (1960).
[192] 106-a Cong. Rec. 8272 (1960).
[193] 106-a Cong. Rec. 6009 (1960).
[194] 106-a Cong. Rec. 8708 (1960).
[195] 106-a Cong. Rec. 8849 (1960).
[196] 106-a Cong. Rec. 12072 (1960).
[197] 106-a Cong. Rec. 8070 (1960).
[198] 106-a Cong. Rec. 10519 (1960).
[199] 106-a Cong. Rec. 3403 (1960).
[200] 106-a Cong. Rec. 8850 (1960).