Michael Newdow
*Pro hac vice*
2985 Lakeshore Blvd
Upper Lake, CA 95485
(626) 532-7694
NewdowLaw@gmail.com

Thomas M. Horwitz
1991 Crocker Road, Suite 600
Westlake, OH 44145
(440) 892-3331
tmh@horwitzlpa.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**Civil Action No. 5:16-cv-00059**

ORIGINAL COMPLAINT – APPENDIX F

NEW DOE CHILD #1; NEW DOE CHILD #2; NEW DOE PARENT; NEW ROE CHILD #1; NEW ROE CHILD #2; NEW ROE PARENT; NEW POE CHILD; NEW POE PARENT; NEW COE CHILD; NEW COE PARENT; NEW BOE CHILD; NEW BOE PARENT; NEW HOE CHILD #1; NEW HOE CHILD #2; NEW HOE PARENT #1; NEW HOE PARENT #2; HOLLY HUBER; MITCHELL KAHLE; BERNARD KLEIN; MARNI HUEBNER-TIBORSKY; LOREN MILLER; MARTIN MAIER; MICHAEL HOWARD; LARRY KNIGHT; DEVIN KUCHYNKA; TRACEY MARTIN; MARK PETRICCA; BEVERLY SHAPIRO; RON THOMAS; DEREK ROSE; GEORGE SHIFFER; NANCY DOLLARD; DENNIS ROSENBLUM; JOSEPH MILON; SALVATORE SALERNO; JESSICA MCQUARTER; SUSAN CARRIER; SARAH MAXWELL; STUART CHISHOLM; MICHAEL MARTINEZ; ADAM CLAYMAN; MICHIGAN ATHEISTS; NORTHERN OHIO FREETHOUGHT SOCIETY;

Plaintiffs,

v.

THE CONGRESS OF THE UNITED STATES OF AMERICA; THE UNITED STATES OF AMERICA; JACOB J. LEW, SECRETARY OF THE TREASURY; RHETT JEPPSON, PRINCIPAL DEPUTY DIRECTOR, UNITED STATES MINT; LEONARD R. OLIJAR, DIRECTOR, BUREAU OF ENGRAVING AND PRINTING;

Defendants.

## LIST OF APPENDICES

APPENDIX A

    H.R. REPORT 271 (1830) (SUNDAY MAIL DELIVERY) ........................ APP-02

APPENDIX B

    JUSTICE WILLIAM STRONG'S 1873 STATEMENT .............................. APP-11

APPENDIX C

    CONGRESSIONAL RECORD (CIRCA 1955) .......................................... APP-14

APPENDIX D

    SELECTED EXCERPTS FROM THE CONGRESSIONAL RECORD .... APP-21

APPENDIX E

    1994 SURVEY: AMERICAN VIEWS OF "IN G-D WE TRUST" ............ APP-31

**APPENDIX F**

    **SAMPLE LETTERS FROM MINORS ................................................... APP-38**

APPENDIX G

    SUPREME COURT REFERENCES TO "IN G-D WE TRUST" ............... APP-42

## APPENDIX F

Statements of Minors Adversely Affected by the
"In G-d We Trust" Inscriptions

To Whom It May Concern,

I am XXX XXXX, a XX year old kid being raised in XXXX by my mom XXX XXXX.

I have to handle money all the time and I am not old enough to have a credit card, so there is no other option for me but to handle money that says In God We Trust.

Sometimes in public school I hear about God a lot. It is in the pledge and I can't say this then either, because I don't believe in that god, and there are lots of other gods. When my teachers talk about money and god in class and we have to count money for math this tells me the government and teachers think atheists and non Christians are wrong and stupid and bad people. This says only their belief in their god that they all trust is right and better, and that I have to believe too or I am not a good student and classmate and a dumb kid and bad person.

This makes people think bad things about me sometimes because I don't trust in their god or won't say the pledge. Sometimes my teachers would make me sit in the hall or yell at me in front of other students for not saying the pledge, and said if I don't have a religion then I have to say it and stand up, my teacher said I was a bad American and not a good patriot. This makes me very sad and kind of angry at adults and the government, I'm just telling the truth, like adults tell us to do all the time, and I'm not dumb or bad, I get very good grades and am a good student, so that hurts my feelings every day at school for my whole life and reminds me every time I have to use money and see in god we trust on it. In god we trust is a lie because only some people in America trust in a god, and the government shouldn't tell lies or make people say things that aren't true. George Washington and Thomas Jefferson wouldn't like what the United States government is doing at all, asking kids to lie about important stuff like this.

I have deeply held beliefs too and mine are as important and special to me as everyone elses, just like American Christian kids beliefs are to them. I believe that my body is inviolable, and that means only I decide what are good things for my body and mind. I use science and logic to make the right decisions about my body, mind, and the world, and try to be nice and kind to everyone and help people whenever I can. Like a president looks after a country, I am the president of my body. The government won't give me money that doesn't have god things on them, so I have to use their god money and say it is my money, that says things I don't believe in, and forces me to give this message I don't believe in to other people when I give them my money. The government is asking me to pretend that I believe it, they are asking me to lie just so I can use their god money and help them spread a message about a god I don't believe in. The government shouldn't make kids and grown ups says things they don't mean and do bad things that are not right. That is not a good government to make kids like me lie when we are always supposed to tell the truth. I am telling the truth. I am just a good kid who doesn't believe or trust in a god. But I do believe in myself to tell the truth and try to always do the right thing and be a good person. If I make a mistake I try and help fix it and say I'm sorry. I wish the government would try and do the right thing and fix it so kids like me aren't forced to lie when we use money that says we trust in a god when we don't. I would rather not handle this money at all until they remove in god we trust, but I have no choice and that is illegal and not fair to everyone else and against my beliefs.

Please ask the government to stop making kids lie or have everyone hate them as punishment.

Signed,

XXX XXXX

It feels like saying "In God We Trust" on the United States dollar is saying to me that those that believe in god are above others because the one they believe in is on the very currency that runs this country. Also when I'm called on for being an Atheist, they would bring up that topic and say that if god wasn't real then why does the government put him on money. It seems like they view it that Christians are better than everyone else and the whole "freedom of religion" thing isn't acted upon.

I feel as though carrying god's name in my pocket is like when the Romans carried Caesars face on gold coins, or any other ruler or person in high power who had their name (or face) on the currencies of those empires. Those that opposed them or frowned upon their views or treatment had to see that as a reminder that they are in their empire and have to deal with their ruling.

It also is like I'm advertising something I don't believe in, like carrying a bible around and saying I'm an Atheist. It makes me feel like a liar and my parents always taught me that it is wrong to lie about what you believe in.


XXXXXXX XXXXXXX

Plaintiff, Age 7

  My daddy wants me to be proud of my beliefs, but that is very hard when my classroom has a plaque on the wall that lies. It says that I should trust God. The kids in my class want me to believe the way they do and sometimes they bully me. They point at the plaque and laugh at me and even point at their money in the lunch line. I just want people to like me, so I have started to pretend to believe in their God. It feels like I am not given a choice.